Rebecca Connolly, Esq., SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Phone: (831)722-2444; Fax: (831)722-6153

Attorneys for Defendant
ED GUZMAN, individually and dba CLUB ED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, individually and dba CLUB ED; and DOES ONE THROUGH TEN,<br><br>Defendants | **CASE NO.C 07-2523 RS**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT & CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**<br><br>**The Honorable Richard Seeborg** |

The undersigned parties hereby stipulate that all served defendants shall have until October 3, 2007 to answer or otherwise respond to the above-captioned complaint. Plaintiffs' counsel has represented that prior to such date, but in no event later than September 14, 2007, plaintiffs' counsel will be filing an amended complaint. If no amended complaint is filed by September 14, 2007, defendants will file their responsive pleading on or before October 3, 2007. Based on this stipulated continuance with respect to the responsive pleading, the Case Management Conference currently scheduled for August 15, 2007 is premature and the parties stipulate to continue the Case

- 1 -

GUZE19446\stip-extend.doc    **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Stipulation to Extend Time to Respond to Complaint & Continue CMC**

Management Conference to November 28, 2007. All parties will indicate whether they consent to proceed before the Magistrate Judge no later than September 14, 2007.

IT IS SO STIPULATED:

DATED: 8/1/07

By      /s/
Kate Wells, Attorneys for Plaintiffs

DATED: 8/2/07

By      /s/
George Kovacevich, Attorneys for Defendants City of Santa Cruz, Officer John Alexiou; Danettee Shoemaker; Carol Scurich; John Barisone

DATED: 8/2/07      GRUNSKY, EBEY, FARRAR & HOWELL

By      /s/
Rebecca Connolly, Attorneys for Defendant Ed Guzman

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case Management Conference currently scheduled for August 15, 2007 is continued to November 28, 2007 at 2:30 p.m. The defendants shall have until October 3, 2007 to file their responsive pleading.

DATED: _____      _____
Richard Seeborg
United States Magistrate Judge

- 2 -

GUZE19446\stip-extend.doc      **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Stipulation to Extend Time to Respond to Complaint & Continue CMC**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of August, 2007, at Watsonville, California.

By:    */s/ Rebecca Connolly*

- 3 -

GUZE19446\stip-extend.doc
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Stipulation to Extend Time to Respond to Complaint & Continue CMC**    **C 07-2523 RS**