George J. Kovacevich, SBN 48125
Jeffrey E. Barnes, SBN 212154
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, California 95060
Telephone: (831) 423-8383
Facsimile: (831) 423-9401

Attorneys for Defendants
CITY OF SANTA CRUZ, OFFICER JOHN ALEXIOU, DANETTEE SHOEMAKER, CAROL SCURICH, and JOHN BARISONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>      Plaintiffs,<br><br>   vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, individually and dba CLUB ED; and DOES ONE THROUGH TEN,<br><br>      Defendants. | CASE NO. **C07-02523-RS**<br><br>**NOTICE OF GENERAL APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that I have been retained by, and hereby appear for, CITY OF SANTA CRUZ, OFFICER JOHN ALEXIOU, DANETTEE SHOEMAKER, CAROL SCURICH, and JOHN BARISONE, Defendants in this action.

                ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: August 27, 2007    By:   _____/S/_____
                  GEORGE J. KOVACEVICH
                  Attorneys for Defendants
                  CITY OF SANTA CRUZ, et al.