1  George J. Kovacevich, SBN 48125
   Barbara H. Choi, SBN 156088
2  **ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
   A Professional Corporation
3  333 Church Street
   Santa Cruz, California 95060
4  Telephone: (831) 423-8383
   Facsimile: (831) 423-9401
5
   Attorneys for Defendants
6  CITY OF SANTA CRUZ, OFFICER JOHN
   ALEXIOU, DANETTEE SHOEMAKER,
7  CAROL SCURICH, and JOHN BARISONE

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | DYLAN GREINER, individually and dba       | CASE NO. **C07-02523-RS**
   | SANTA CRUZ SURF SCHOOL; ALIJAH K.          |
12 | CROWELL; DAVID M. AVARY;                   | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
13 |         Plaintiffs,                        |
14 |    vs.                                     |
15 | CITY OF SANTA CRUZ; OFFICER JOHN           |
   | ALEXIOU; DANETTEE SHOEMAKER;               |
16 | CAROL SCURICH; JOHN BARISONE; ED           |
   | GUZMAN, individually and dba CLUB ED;      |
17 | and DOES ONE THROUGH TEN,                  |
18 |         Defendants.                        |
19

20         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

21 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

22 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

23 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

24 Circuit.

25                                          ATCHISON, BARISONE, CONDOTTI &
                                            KOVACEVICH
26

27 Dated: September 17, 2007       By:              /S/
                                          GEORGE J. KOVACEVICH
28                                        Attorneys for Defendants
                                          CITY OF SANTA CRUZ, et al.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE                    Page 1