| | |
|---|---|
| 1 | Rebecca Connolly, Esq., SBN 145482 |
| 2 | GRUNSKY, EBEY, FARRAR & HOWELL<br>A Professional Corporation |
| 3 | 240 Westgate Drive<br>Watsonville, CA 95076 |
| 4 | Phone: (831)722-2444; Fax: (831)722-6153 |
| 5 | Attorneys for Defendant<br>ED GUZMAN, individually and dba CLUB ED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, individually and dba CLUB ED; and DOES ONE THROUGH TEN,<br><br>　　　　Defendants | **CASE NO.C 07-2523 RS**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:　September 17, 2007　　　　　　　　GRUNSKY, EBEY, FARRAR & HOWELL

　　　　　　　　　　　　　　　　　　　　　　By_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Rebecca Connolly, Attorneys for Defendant Ed
　　　　　　　　　　　　　　　　　　　　　　Guzman, individually and dba CLUB ED

- 1 -

GUZE19446\consent-magistrate　　　　　　　　　　　　　　　　　　　　　　　　　**C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**