| | |
|---|---|
| 1 | Rebecca Connolly, Esq., SBN 145482 |
| 2 | GRUNSKY, EBEY, FARRAR & HOWELL<br>A Professional Corporation |
| 3 | 240 Westgate Drive<br>Watsonville, CA 95076 |
| 4 | Phone: (831)722-2444; Fax: (831)722-6153 |
| 5 | Attorneys for Defendant<br>ED GUZMAN, individually and dba CLUB ED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, individually and dba CLUB ED; and DOES ONE THROUGH TEN,<br><br>Defendants | **CASE NO.C 07-2523 RS**<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT & CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**<br><br>**The Honorable Richard Seeborg** |

On August 8, 2007, this Court granted the parties stipulation to extend the time to respond to the complaint and the case management conference date. Due to the death of a close friend, plaintiffs' counsel has requested an additional two weeks to evaluate whether or not her clients will be filing an amended complaint. Accordingly, the undersigned parties hereby stipulate that all served defendants shall have until October 10, 2007 to answer or otherwise respond to the above-captioned complaint. Plaintiffs' counsel has represented that prior to such date, but in no event later than September 28, 2007, plaintiffs' counsel will be filing an amended complaint. If no amended complaint is filed by September 28, 2007, defendants will file their responsive pleading on or before October 10, 2007.

- 1 -

GUZE19446\stip-extend-2.doc    **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Second Stipulation to Extend Time to Respond to Complaint & Continue CMC**

1  Based on this stipulated continuance with respect to the responsive pleading, the Case Management
2  Conference currently scheduled for November 28, 2007 is premature and the parties stipulate to
3  continue the Case Management Conference to December 12, 2007.   The parties further stipulate that
4  the deadline to exchange initial disclosures will be December 12, 2007.
5      IT IS SO STIPULATED:
6
7  DATED:   9/17/07
8
9      By                           /s/
                                  Kate Wells, Attorneys for Plaintiffs
10 DATED:   9/17/07
11
12     By                           /s/
13                                   Barbara H. Choi, Attorneys for Defendants City
                                of Santa Cruz, Officer John Alexiou; Danettee
14                                 Shoemaker; Carol Scurich; John Barisone
15 DATED:   9/17/07                 GRUNSKY, EBEY, FARRAR & HOWELL
16
17     By                           /s/
                                Rebecca Connolly, Attorneys for Defendant Ed
18                                 Guzman
19
    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case Management
20 Conference currently scheduled for November 28, 2007 is continued to December 12, 2007 at 2:30
21 p.m. The defendants shall have until October 10, 2007 to file their responsive pleading.
22
23
24 DATED: _____        _____
25                                               Richard Seeborg
                                              United States Magistrate Judge
26
27
28

GUZE19446\stip-extend-2.doc                                                                                     **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Second Stipulation to Extend Time to Respond to Complaint & Continue CMC**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of September, 2007, at Watsonville, California.

By:   */s/ Rebecca Connolly*

- 3 -

GUZE19446\stip-extend-2.doc    **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Second Stipulation to Extend Time to Respond to Complaint & Continue CMC**