*E-FILED 9/18/07*

1  Rebecca Connolly, Esq., SBN 145482
   GRUNSKY, EBEY, FARRAR & HOWELL
2  A Professional Corporation
   240 Westgate Drive
3  Watsonville, CA 95076
   Phone: (831)722-2444; Fax: (831)722-6153
4
   Attorneys for Defendant
5  ED GUZMAN, individually and dba CLUB ED

6

7
                         UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9
                                SAN JOSE DIVISION
10

11

12 DYLAN GREINER, individually and dba      **CASE NO.C 07-2523 RS**
   SANTA CRUZ SURF SCHOOL; ALIJAH K.
13 CROWELL; DAVID M. AVARY;

14                Plaintiffs,
                                            **SECOND STIPULATION TO EXTEND
15     vs.                                  TIME TO RESPOND TO COMPLAINT &
                                            CONTINUE CASE MANAGEMENT
16 CITY OF SANTA CRUZ; OFFICER JOHN         CONFERENCE; [proposed] ORDER**
   ALEXIOU; DANETTEE SHOEMAKER;
17 CAROL SCURICH; JOHN BARISONE; ED         **The Honorable Richard Seeborg**
   GUZMAN, individually and dba CLUB ED;
18 and DOES ONE THROUGH TEN,

19                Defendants

20

21     On August 8, 2007, this Court granted the parties stipulation to extend the time to respond to

22 the complaint and the case management conference date.  Due to the death of a close friend, plaintiffs'

23 counsel has requested an additional two weeks to evaluate whether or not her clients will be filing an

24 amended complaint.  Accordingly, the undersigned parties hereby stipulate that all served defendants

25 shall have until October 10, 2007 to answer or otherwise respond to the above-captioned complaint.

26 Plaintiffs' counsel has represented that prior to such date, but in no event later than September 28,

27 2007, plaintiffs' counsel will be filing an amended complaint.  If no amended complaint is filed by

28 September 28, 2007, defendants will file their responsive pleading on or before October 10, 2007.

- 1 -

GUZE19446\stip-extend-2.doc                                                   **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Second Stipulation to Extend Time to Respond to Complaint & Continue CMC**

1  Based on this stipulated continuance with respect to the responsive pleading, the Case Management
2  Conference currently scheduled for November 28, 2007 is premature and the parties stipulate to
3  continue the Case Management Conference to December 12, 2007.  The parties further stipulate that
4  the deadline to exchange initial disclosures will be December 12, 2007.
5      IT IS SO STIPULATED:

7  DATED:   9/17/07

          By              /s/
                   Kate Wells, Attorneys for Plaintiffs

10 DATED:   9/17/07

          By              /s/
                   Barbara H. Choi, Attorneys for Defendants City
                   of Santa Cruz, Officer John Alexiou; Danettee
                   Shoemaker; Carol Scurich; John Barisone

15 DATED:   9/17/07           GRUNSKY, EBEY, FARRAR & HOWELL

          By              /s/
                   Rebecca Connolly, Attorneys for Defendant Ed
                   Guzman

      PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case Management
Conference currently scheduled for November 28, 2007 is continued to December 12, 2007 at 2:30
p.m.  The defendants shall have until October 10, 2007 to file their responsive pleading.

DATED:  9/18/07               _____
                   Richard Seeborg
                   United States Magistrate Judge

- 2 -

GUZE19446\stip-extend-2.doc                                                C 07-2523 RS
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Second Stipulation to Extend Time to Respond to Complaint & Continue CMC**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of September, 2007, at Watsonville, California.

By:   */s/ Rebecca Connolly*

- 3 -

GUZE19446\stip-extend-2.doc   **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Second Stipulation to Extend Time to Respond to Complaint & Continue CMC**