Rebecca Connolly, Esq., SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Phone: (831)722-2444; Fax: (831)722-6153

Attorneys for Defendant
ED GUZMAN, individually and dba CLUB ED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, individually and dba CLUB ED; and DOES ONE THROUGH TEN,<br><br>Defendants | **CASE NO.C 07-2523 RS**<br><br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [proposed] ORDER**<br><br>**The Honorable Richard Seeborg** |

On September 18, 2007, this Court granted the parties' second stipulation to extend the time to respond to the complaint. Since that time, the parties have engaged in additional meet and confer efforts. Based upon those efforts, the undersigned parties hereby stipulate that plaintiffs' counsel shall file an amended complaint on or before October 5, 2007 and all served defendants shall have until October 24, 2007 to answer or otherwise respond to the amended complaint. The parties are not seeking to have the Case Management Conference date modified.

- 1 -

GUZE19446\stip-extend-3.doc     **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Third Stipulation to Extend Time to Respond to Complaint**

IT IS SO STIPULATED:

DATED: 10/2/07

By      /s/
Kate Wells, Attorneys for Plaintiffs

DATED: 10/2/07

By      /s/
Barbara H. Choi, Attorneys for Defendants City of Santa Cruz, Officer John Alexiou; Danettee Shoemaker; Carol Scurich; John Barisone

DATED: 10/2/07      GRUNSKY, EBEY, FARRAR & HOWELL

By      /s/
Rebecca Connolly, Attorneys for Defendant Ed Guzman

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that plaintiffs shall file an amended complaint on or before October 5 and the defendants shall have until October 24, 2007 to file their responsive pleading.

DATED: _____      _____
Richard Seeborg
United States Magistrate Judge

- 2 -

GUZE19446\stip-extend-3.doc      **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Third Stipulation to Extend Time to Respond to Complaint**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of October, 2007, at Watsonville, California.

By:   */s/ Rebecca Connolly*

- 3 -

GUZE19446\stip-extend-3.doc                                                                                    **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Third Stipulation to Extend Time to Respond to Complaint**