1
2
3
4
5

Rebecca Connolly, Esq., SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Phone: (831)722-2444; Fax: (831)722-6153

Attorneys for Defendant
ED GUZMAN, individually and dba CLUB ED

*E-FILED 10/3/07*

6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11
12
13
14
15
16
17
18
19
20

DYLAN GREINER, individually and dba
SANTA CRUZ SURF SCHOOL; ALIJAH K.
CROWELL; DAVID M. AVARY;

            Plaintiffs,

    vs.

CITY OF SANTA CRUZ; OFFICER JOHN
ALEXIOU; DANETTEE SHOEMAKER;
CAROL SCURICH; JOHN BARISONE; ED
GUZMAN, individually and dba CLUB ED;
and DOES ONE THROUGH TEN,

            Defendants

CASE NO.C 07-2523 RS

**THIRD STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT;
[proposed] ORDER**

**The Honorable Richard Seeborg**

21
22
23
24
25
26
27
28

On September 18, 2007, this Court granted the parties' second stipulation to extend the time to respond to the complaint. Since that time, the parties have engaged in additional meet and confer efforts. Based upon those efforts, the undersigned parties hereby stipulate that plaintiffs' counsel shall file an amended complaint on or before October 5, 2007 and all served defendants shall have until October 24, 2007 to answer or otherwise respond to the amended complaint. The parties are not seeking to have the Case Management Conference date modified.

- 1 -

GUZE19446\stip-extend-3.doc
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Third Stipulation to Extend Time to Respond to Complaint**

C 07-2523 RS

1    IT IS SO STIPULATED:

2

3  DATED:    10/2/07

4

5         By                              ___/s/_____
                                          Kate Wells, Attorneys for Plaintiffs

6  DATED:    10/2/07

7

8         By                              ___/s/_____
                                          Barbara H. Choi, Attorneys for Defendants City
9                                         of Santa Cruz, Officer John Alexiou; Danettee
                                          Shoemaker; Carol Scurich; John Barisone
10

11 DATED:    10/2/07                      GRUNSKY, EBEY, FARRAR & HOWELL

12

13        By                              ___/s/_____
                                          Rebecca Connolly, Attorneys for Defendant Ed
14                                        Guzman

15        PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that plaintiffs shall file an

16 amended complaint on or before October 5 and the defendants shall have until October 24, 2007 to

17 file their responsive pleading.

18

19

20 DATED:  ___October 3, 2007___          _____
                                          Richard Seeborg
21                                        United States Magistrate Judge

22

23

24

25

26

27

28

GUZE19446\stip-extend-3.doc                                              C 07-2523 RS
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Third Stipulation to Extend Time to Respond to Complaint**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of October, 2007, at Watsonville, California.

By:   */s/ Rebecca Connolly*_____

- 3 -

GUZE19446\stip-extend-3.doc
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Third Stipulation to Extend Time to Respond to Complaint**                    **C 07-2523 RS**