Rebecca Connolly, Esq., SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Phone: (831)722-2444; Fax: (831)722-6153

Attorneys for Defendant
ED GUZMAN and CLUB ED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; ED GUZMAN, CLUB ED, a California Corporation; and DOES ONE THROUGH TEN,<br><br>Defendants | **CASE NO.C 07-2523 RS**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:        November 28, 2007<br>Time:        9:30 a.m.<br>Courtroom:  4, Fifth Floor<br><br>**The Honorable Richard Seeborg** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on November 28, 2007 at 9:30 a.m., or as soon thereafter as the matter can be heard by the above-entitled court, located at 280 S. First Street, Fifth Floor, Courtroom 4, San Jose, California, the defendant Ed Guzman and Club Ed will and hereby do move this Court to dismiss the action pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6). This motion is based on the grounds that the plaintiffs cannot pursue a federal civil rights claims against defendant Guzman and Club Ed because they are not state actors. The activities alleged to violate the Sherman Act claim are immune from liability under the *Noerr-Pennington* doctrine.

- 1 -

GUZE19446\*mo-rule12-not.doc*
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Motion to Dismiss**

**C 07-2523 RS**

Further, Guzman's communications to officials with the City of Santa Cruz are absolutely privileged under California Civil Code § 47(b), and thus, plaintiff's Fourth and Six Claims for Relief under state law fail to state valid claims for relief and should be dismissed with prejudice as to defendant Guzman and defendant Club Ed. Plaintiffs' Fifth Claim for Relief fails to state a claim for relief because the plaintiffs' cannot establish lack of probable cause or favorable termination. The state law claims are all based on the protected activity and the plaintiffs cannot establish any probability of success, and therefore, pursuant to California Code of Civil Procedure § 425.16, these defendants respectfully request that the Court grant their motion to dismiss and award the defendants attorney's fees for having to defend such claims subject to a motion for attorney's fees.

This motion will be based on this Notice of Motion and Motion, the Memorandum in Support thereof, the Request for Judicial Notice, the Declaration of Rebecca Connolly and Exhibits attached thereto, together with all papers, records and documents on file herein.

DATED:    October 24, 2007                    GRUNSKY, EBEY, FARRAR & HOWELL

By  */s/ Rebecca Connolly*
Rebecca Connolly, Attorneys for Defendant Ed Guzman and Club Ed, a California Corporation

- 2 -

GUZE19446\*mo-rule12-not.doc*
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Motion to Dismiss**

**C 07-2523 RS**