Rebecca Connolly, Esq., SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Phone: (831)722-2444; Fax: (831)722-6153

Attorneys for Defendant
ED GUZMAN and CLUB ED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; ED GUZMAN, CLUB ED, a California Corporation; and DOES ONE THROUGH TEN,<br><br>Defendants | **CASE NO.: 07-2523 RS**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:        November 28, 2007<br>Time:       9:30 a.m.<br>Courtroom: 4, Fifth Floor<br><br>**The Honorable Richard Seeborg** |

    Defendants, by and through their attorneys of record, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the documents filed in the parallel state court action, Santa Cruz County Superior Court, Case Number 5SZ102332 and the documents referenced in the First Amended Complaint filed October 5, 2007. True and correct copies of the relevant documents are attached to the Declaration of Rebecca Connolly in Support of Motion to Dismiss as Exhibits "A" through "G".

    The Ninth Circuit has consistently held that a Court can take judicial notice of matters of public record outside of the pleadings, including documents that are referenced in the complaint itself or filed in another lawsuit, on a motion to dismiss under Rule 12(b)(6) without converting the motion

- 1 -

GUZE19446\mo-rule12-jud-not.doc
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

**C 07-2523 RS**

into a Rule 56 motion for summary judgment. *See, e.g., Parrino v. FHP, Inc.,* 146 F.3d 699, 706 (9th Cir. 1998) ("We therefore hold that a district court ruling on a motion to dismiss may consider a document the authenticity of which is not contested, and upon which the plaintiff's complaint necessarily relies."); *MGIC Indem. Corp v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) ("On a motion to dismiss, we may take judicial notice of matters of public record outside the pleadings.").

DATED:   October 24, 2007                    GRUNSKY, EBEY, FARRAR & HOWELL

By  */s/ Rebecca Connolly*
Rebecca Connolly, Attorneys for Defendant Ed Guzman and Club Ed, a California Corporation

- 2 -

GUZE19446\mo-rule12-jud-not.doc                                           **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**