Rebecca Connolly, Esq., SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Phone: (831)722-2444; Fax: (831)722-6153

Attorneys for Defendant
ED GUZMAN and CLUB ED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; ED GUZMAN, CLUB ED, a California Corporation; and DOES ONE THROUGH TEN,<br><br>Defendants | **CASE NO.C 07-2523 RS**<br><br>**DECLARATION OF REBECCA CONNOLLY IN SUPPORT OF MOTION TO DISMISS AND EXHIBITS**<br><br>Date:         November 28, 2007<br>Time:        9:30 a.m.<br>Courtroom:  4, Fifth Floor<br><br>**The Honorable Richard Seeborg** |

I, REBECCA CONNOLLY, declare as follows:

1.  I am an attorney duly licensed to practice before all the courts of the State of California, and am a shareholder of the law firm of Grunsky, Ebey, Farrar & Howell, attorneys of record for defendant Ed Guzman and defendant Club Ed, a California Corporation ("Club Ed Defendants". I submit this declaration in support of the Club Ed Defendants' motion to dismiss.

2.  Attached hereto as Exhibit "A" are true and correct certified copy of the Settled Statement of Decision and Certification of Same and attachments thereto issued by Traffic Referee Kim Baskett on May 30, 2006 in *People of the State of California v. Elijah Kai Crowell,* Santa Cruz

- 1 -

GUZE19446\mo-rule12-dec-RC.doc                                                                                      **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Declaration of Rebecca Connolly in Support of Motion to Dismiss**

1  Superior Court, Case Number 5SZ102332.

2      3.    Attached hereto as Exhibit "B" is a true and correct copy of the Remittitur in Crowell's appeal from the Statement of Decision in *People of the State of California v. Elijah Kai Crowell,* Santa Cruz Superior Court, Case Number 5SZ102332, Appellate Case Number AP001400 including a copy of the Minute Order dated August 17, 2006 reversing the lower court judgment.

    4.    Attached hereto as Exhibit "C" is a true and correct copy of the California State Parks web site at http://www.parks.ca.gov identifying Seacliff as part of the California State Parks in the County of Santa Cruz, San Francisco Region.

    5.    Attached hereto as Exhibit "D" is a true and correct copy of the Cowell Beach Concession License Agreements referenced in paragraph 9 between the City and the Club Ed Defendants dated January 2, 2002.

    6.    Attached hereto as Exhibit "E" is a true and correct copy of the Cowell Beach Concession License Agreements referenced in paragraph 9 between the City and the Club Ed Defendants dated May 8 & 11, 2006.

    7.    Attached hereto as Exhibit "F" is a true and correct copy of the City of Santa Cruz Request for Proposals, Cowell Beach Concession, issued by the Parks and Recreation Department of the City of Santa Cruz with a Proposal Deadline of August 31, 2001.

    8.    Attached hereto as Exhibit "G" is a true and correct copy of the City of Santa Cruz Request for Proposals, Cowell Beach Concession, issued by the Parks and Recreation Department of the City of Santa Cruz with a Proposal Deadline of December 15, 2005.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 24th day of October, 2007, within the United States.

                                         /s/
                                   Rebecca Connolly

- 2 -

GUZE19446\mo-rule12-dec-RC.doc                                                             **C 07-2523 RS**
*Dylan Greiner, et al. v. City of Santa Cruz, et al.*
**Declaration of Rebecca Connolly in Support of Motion to Dismiss**