# EXHIBIT E

COWELL BEACH CONCESSION LICENSE AGREEMENT

BETWEEN

CITY OF SANTA CRUZ AND ED GUZMAN

MARCH 15, 2006

1.   TERM ................................................................................................................. 1

2.   USE .................................................................................................................... 1

3.   BUSINESS ......................................................................................................... 1

4.   LICENSES AND PERMITS .............................................................................. 2

5.   LICENSE FEES .................................................................................................. 2

6.   SECURITY DEPOSIT ........................................................................................ 4

7.   CONDITIONS OF LICENSE ............................................................................. 4

8.   CONDUCT OF BUSINESS ................................................................................ 5

9.   OPERATION OF BUSINESS ............................................................................. 5

10.  CONDITION OF EQUIPMENT & CONCESSION VEHICLES ....................... 5

11.  EQUIPMENT & VEHICLES. ............................................................................. 5

12.  LICENSEE & LICENSEE EMPLOYEES ......................................................... 6

13.  INSPECTION ..................................................................................................... 6

14.  ASSIGNMENT PROHIBITED .......................................................................... 6

15.  INDEMNIFICATION AND INSURANCE ........................................................ 7

16.  NOTICES ............................................................................................................ 8

17.  WAIVERS ........................................................................................................... 9

18.  RIGHTS AND OPTIONS ................................................................................... 9

19.  TERMINATION ................................................................................................. 9

20.  REMEDIES ......................................................................................................... 9

21.  ATTORNEY'S FEES .......................................................................................... 9

22.  RULES AND REGULATIONS .......................................................................... 10

23.  MISCELLANEOUS ........................................................................................... 10

THIS LICENSE AGREEMENT, made and entered into this 15th day of March, 2006 by and between the City of Santa Cruz, a municipal corporation, hereinafter called "City" and Ed Guzman, whose address is 2350 Paul Minnie Avenue, Santa Cruz, CA, 95062, hereinafter called "Licensee."

In consideration of the fees to be paid hereunder and of the agreements, covenants and conditions herein contained, and for other good and valuable consideration, the City and the Licensee agree as follows:

1.      TERM.  The term of this License is for twenty-two (22) months beginning on March 15, 2006, and ending at midnight on December 31, 2008, at the license fees specified herein. Thereafter, at the sole option of the City, this License Agreement may be renewed annually for up to two additional one year terms.  Licensee shall notify City in writing no less than sixty (60) days prior to the anniversary date of this Agreement if Licensee wishes City to consider exercising renewal option.

2.      USE.

(A)     City hereby Licenses Licensee to perform business as described in Paragraph 3 of this Agreement on Cowell Beach, hereinafter called "Beach." The areas within which the equipment rental business shall be operated by Licensee, including the booth area, are those portions of Cowell Beach described in Exhibit A of this License agreement.  Said areas are referred to in this Agreement as the "License Area."  Use of any other areas for Licensee's business on the Beach must be approved in writing by the City.  This Agreement does not convey any right, title or interest in any City property.

(B)     The City reserves the right at its sole option, to change the location of the Licensee's operations from time to time by providing a comparable location on the Beach.

3.      BUSINESS.

(A)     Primary Specialty  Licensee shall engage only in the business of operating a beach equipment rental concession fully equipped and Licensed for providing 1) equipment rental operated by Licensee; 2) beach oriented instructional classes.

(B)     Special Conditions  Licensee may not sell anything.

(C)     Definition     Hereinafter, the business described herein shall be called "Business."

(D)     Disputes  In the event of a dispute, the City shall make the final determination as to what constitutes "beach equipment" and "beach-oriented instructional classes" for purposes of this Agreement.

(E)     The City has authority to assess Licensee monetary penalties for any infraction including, but not limited to:

1

- Exceeding a maximum of 10 mph on the beach or becoming entrapped in the sand.
- Damage to City property.
- Safety infractions.
- Licensee's employee(s) not being properly licensed or fingerprinted according to California law and Parks and Recreation Department policy.

4.    <u>LICENSES AND PERMITS</u>.  It shall be Licensee's responsibility, at Licensee's sole cost and expense, to obtain all necessary Licenses and permits to carry out the terms of this License and to operate the Business.

5.    <u>LICENSE FEES</u>.

(A)    Commencing the 1st day of the License, and for the License term or until modified, Licensee agrees to and shall pay to City a percentage equal to ten percent (10%) of Licensee's gross sales and business transacted, as hereinafter defined.

(B)    Ten percent (10%) of the month's gross sales and business transacted shall be due and payable by the fifteenth (15th) day of the month following the end of the month for which the license fees are due.  Along with the percentage license fees, the Licensee shall furnish a true and accurate statement of all sales and business transacted during said month on a form furnished by the City.  The statement of all sales and business transacted shall be certified to be correct by Licensee or Licensee's principal agent.

(C)    License fees not paid when due shall bear interest from the date due until paid at the maximum rate the City is permitted by law to charge.  Licensee recognizes that Licensee's failure to submit when due the license fees and the statement of sales and business transacted for the month will cause City to incur costs not contemplated by this License, the exact amount of such costs being extremely difficult and impracticable to fix.  Such costs include, without limitation, processing and accounting charges.  Licensee therefore agrees that if license fees or the statement of sales and business transacted have not been remitted to the City when said payment is due, Licensee shall pay to City an additional sum of ten percent (10%) of the overdue license fees as a late charge.  The parties agree that this late charge represents a fair and reasonable estimate of the costs that City will incur by reason of late payment by Licensee.  Acceptance of any late charge shall not constitute a waiver of Licensee's breach with respect to the overdue amount, or prevent City from exercising any of the other rights and remedies available to City.

(D)    "Gross Sales and Business Transacted" shall include:

(1)    The entire amount of the price charged, whether wholly or partially for cash or on credit, or otherwise, for all rentals and classes of every kind and description, made in, upon, or resulting from conduct of Business to be conducted in License Area.

(2)    All gross receipts received by Licensee from the sale or rental of beach equipment in accordance with generally accepted accounting principles.  City shall be entitled to review the amount of gross sales and sales taxes reported to the State Board of Equalization at each quarterly report period in determining the amount of said gross receipts.  Upon completion of its quarterly return to the State Board of Equalization for sales tax reported and within fifteen (15) days after the end of each quarter, Licensee shall mail to City a true and correct copy of the quarterly return.  If more than one business operated by Licensee is reported by Licensee on the same quarterly sales tax return, Licensee shall furnish a supplemental report which delineates the sales of all Licensees' businesses being reported.

(E)    "Gross sales and business transacted" shall not include, or if included, there shall be deducted (but only to the extent they have been included), as the case may be, the amount of any sales tax due the City, County and State on sales from the premises where such taxes are both added to the selling price or absorbed therein and paid to the taxing authority by Licensee.

(F)    Licensee shall keep true and complete records and accounts of all sales and business transacted, including daily bank deposits and sales tax returns to the State Board of Equalization, and shall give City access, during reasonable hours, to such records and accounts.

(G)    Licensee shall keep and preserve for at least forty-eight (48) months after the end of each year of this Agreement all sales slips, cash register tape readings, sales books, sales tax returns, bank books, and duplicate deposit slips, and other evidence of gross sales and business transacted for such year.

(H)    City shall have the right at any time and from time to time to audit all of the books of account, bank statements, documents, records, returns, papers, and files of Licensee relating to gross sales and business transacted, and, on request by City, Licensee shall make all such matters available for examination at a site selected by the City.  If City should have an audit made for any quarter and the gross sales and business transacted shown by Licensee's statement for such quarter should be found to be understated by more than three percent (3%), Licensee shall immediately pay to City the cost of such audit as well as the additional license fees payable by Licensee to City, plus interest and late charges payable.  Otherwise, the cost of such audit shall be paid by City.  City's right to have such an audit made with respect to any quarter shall expire forty-eight (48) months after Licensee's statement for such quarter.

(I)    The Licensee agrees to use a cash collection system acceptable to the City to record sales.  The City may, at its option, require Licensee to institute changes in said cash collection system.

6.    <u>SECURITY DEPOSIT.</u>  Upon request of the City, Licensee shall immediately deposit Five Hundred Dollars ($500.00) with the City or an amount equal to an average of two months fees over the previous 12 months, whichever is greater, as a security deposit for the Licensee's performance of the provisions of this License.  If Licensee breaches the terms of this License, City can use the security deposit, or any portion of it, to cure the breach or to compensate City for all damage sustained by City resulting from Licensee's breach.  Upon City's demand Licensee shall immediately pay to City a sum equal to the portion of security deposit expended or applied by City as provided in this paragraph so as to maintain the security deposit in the sum initially deposited with City.  If Licensee has not breached the terms of this License at the expiration or termination of this License, City shall return the security deposit to Licensee.  City's obligations with respect to any such security deposit would be those of a debtor and not a trustee.  City may either maintain the security deposit separate and apart from City's general funds or can commingle the security deposit with City's general and other funds.  City shall not be required to pay Licensee interest on the security deposit.

If average monthly license fees cannot be estimated, the City shall determine the amount of the security deposit.  At City's option, the City may adjust the amount of the security deposit at the time this Agreement is renewed.

7.    <u>CONDITIONS OF LICENSE</u>.  Licensee agrees that the Licensee's right to operation of the business is granted by the City upon the following express standards and conditions:

(A)    Licensee hereby agrees to abide by all laws and regulations promulgated by local, state and federal agencies pertaining to the operation of the business defined in Paragraph 3.

(B)    Licensee hereby agrees to abide by all laws and regulations promulgated by the United States Coast Guard pertaining to commercial marine operations.

(C)    Licensee as operator of the concession shall be responsible to the City for any additional costs incurred by the City as a result of the operation of this concession.

(D)    The City  reserves the right to inspect Licensee's equipment at any time and terminate operation at any time that the City deems the operation to be unsafe or not in compliance with any conditions herein contained.

(E)    Conduct of Licensee's operations while in Santa Cruz waters adjacent to Santa Cruz Wharf are subject to all present and future rules promulgated by the City.

(F)    The City may at any time limit or totally restrict the Licensee's use of the Beach due to ocean, weather, environmental conditions or safety concerns.

(G)    The City may restrict Licensee's operation on days that major special events are scheduled within the Monterey Bay so that said operations do not interfere with the special events.

(H)    In addition to License Fees described in paragraph 5, Licensee shall remit to City all present and future relevant taxes or assessments levied by the City.

8.    <u>CONDUCT OF BUSINESS.</u>  Licensee agrees that Licensee's business shall be established and conducted throughout the License term in a first-class manner.  Licensee will not use the License Area for, or carry on or permit within said License Area, any offensive, noisy, or dangerous trade, business, manufacture, or occupation, or any nuisance.  Licensee expressly agrees at all times during the License term to maintain, and do all things necessary to maintain the License Area in a clean, neat, and sanitary manner.  Licensee further agrees to comply with any and all laws, ordinances, rules and regulations of any public authority in force during the term of this License.

9.    <u>OPERATION OF BUSINESS.</u>  Licensee further agrees to operate Business on a regular and reasonable schedule during the months of May through September, hereinafter referred to as "Summer Months" and at a minimum of all weekends during the months of April and October. Licensee shall employ its best efforts to operate the business conducted on the Beach in a manner that will produce the maximum volume of gross sales. It is the City's expectation the Licensee will operate other days throughout the year where weather and surf conditions are suitable for business. The City and Licensee shall work together to determine what are suitable conditions. City may, at its option, and for good cause, permit Licensee to temporarily close down the Business.

Licensee agrees that no goods, merchandise, or materials shall be kept or stored on the Beach which is in any way hazardous. Licensee further agrees not to suffer any act of omission or commission on the Beach which will increase the rate of any insurance to be paid by City.

10.    <u>CONDITION OF EQUIPMENT & CONCESSION VEHICLES.</u>  It shall be the sole responsibility of Licensee, at Licensee's sole expense, to investigate and determine the conditions of equipment and vehicles related to the business operation, the condition of any existing improvements and the suitability of such conditions for the Business to be conducted by Licensee pursuant to this Agreement.

11.    <u>EQUIPMENT & VEHICLES.</u>  Licensee shall furnish at his own expense all equipment and vehicles and other items necessary for the operation of the concession. All services, operations and equipment shall be of the highest quality and safety. Excepting such normal maintenance and repair work as is required hereunder, vehicles or other related equipment shall not be altered, repaired, or

changed, no signs shall be attached to, painted upon, or otherwise affixed to the exterior of the booth, nor shall any changes be made to the exterior of a building so as to alter the color, finish or other architectural or aesthetic features of said booth without obtaining the prior written approval of City. The transporting of the operation and vehicles is the responsibility of the licensee; the City will not provide storage. The concession and vehicles are to be removed from the beach on a daily basis in an effective and safe manner. The vehicle used must be of adequate size, weight and type to maintain a 5 mph or less speed on soft sand and not require excessive speed or power to avoid entrapment in the commonly found soft sand on Cowell Beach. A vehicle becoming entrapped in the sand or traveling at greater than 5 mph is unacceptable. Licensee must transport the operation on the beach a maximum of two times each day; one on the beach before 8:30 a.m. and one off the beach after 5 p.m. during the months of June, July and August and on weekend days during the months of April and September. Other times during the year are flexible but must be conducted safely with due regards to the public on Cowell Beach. Drivers must have a valid California driver's license and Licensee must provide a beach driving safety course to all qualified drivers.

      12.   <u>LICENSEE & LICENSEE EMPLOYEES</u> (CONTRACT INSTRUCTORS). The licensee and all licensee employees shall be fingerprinted and receive clearance from the Department of Justice prior to scheduling or working at the concession. This requirement is to comply with Section 5164 of the California Public Resources Code, which states that the City or its contract instructors shall not hire any person for employment, or hire a volunteer to perform services at a city operated park, playground, recreational center, or beach used for recreational purposes in a position having supervisory or disciplinary authority over any minor, if that person has been convicted of any offense specified in paragraph (1) of subdivision (h) of Section 11105.3 of the Penal Code (with some exceptions). According to Parks and Recreation Administrative Policy 3-5-21, the City will pay for fingerprinting of up to three contract instructors per year. If the licensee has more than three contract instructors the licensee will be billed for the cost of fingerprinting additional instructors.

      13.   <u>INSPECTION</u>. City and the agents and employees of City shall have the right to enter the License Area at all reasonable times to inspect the same, to see that no damage has been or is done, and to protect any and all rights of City, and to post such reasonable notices as City may desire to protect the rights of City.

      14.   <u>ASSIGNMENT PROHIBITED</u>. Licensee shall not, either voluntarily or involuntarily, assign or encumber its interests in this License or allow any other person or entity (except Licensee's authorized representatives) to operate under the terms of this License Agreement, without the prior approval and consent of the City. Any such assignment without prior approval shall be null and void.

15.    INDEMNIFICATION AND INSURANCE.

(A)    Licensee shall indemnify, defend and hold City and City's property, including License Area and any buildings, fixtures, or equipment now or hereafter in the License Area, free and harmless from any and all liability, claims, loss, damages, or expenses resulting from Licensee's occupation and use of Beach specifically including, without limitation, any liability, claim, loss, damage, or expense arising by reason of:

(1)    The death or injury of any person, including Licensee and Licensee's agents and employees, caused or allegedly caused by:

(a)    The condition of the License Area;

(b)    Any act or omission of Licensee or any other person in, on, or about the License Area with Licensee's permission and consent;

(c)    Any other causes whatsoever while such person is in or on the License Area.

(2)    Damage to or destruction of any property, including Licensee's property or the property of Licensee's employees or agents, from:

(a)    The condition of the License Area;

(b)    Any act or omission of Licensee or any other person in, on, or about the License Area with Licensee's permission and consent;

(c)    Any other cause whatsoever while such property is in or on the License Area or in any way connected with the License Area.

(3)    Any work performed in the License Area or materials furnished to the License Area at the instance or request of Licensee or any person or entity acting for or on behalf of Licensee; or

(4)    Licensee's failure to perform any provision of this License or to comply with any requirement of law or any requirement imposed on Licensee or the License Area by any duly authorized governmental agency or political subdivision.

(B)    Without limiting Licensee's responsibility for injury or damage, as set forth in Section 14 (A) of this Agreement, Licensee will at its sole cost and expense keep in force at all times during the performance of this Agreement, public liability insurance naming City, its officers, agents, and employees as additional insured. If the standard ISO Form wording for "OTHER INSURANCE" is not contained in the Licensee's liability insurance policy, an endorsement must be provided that said insurance will be primary insurance and no insurance of an additional insured will be called upon to contribute to a loss. Said insurance will be to limits not less than those

shown below and shall be Comprehensive General and Auto Liability insurance covering all operations and use of automobiles, including coverage for completed operations and for contractual liability (liability assumed under this Agreement). The property damage portion shall be written to provide "Broad Form" coverage.

| | |
|---|---|
| Bodily Injury | $1,000,000 per occurrence |
| Property Damage | $500,000 per occurrence |
| | $1,000,000 aggregate |
| or | |
| Bodily Injury and | $1,000,000 per occurrence |
| Property Damage | |
| combined single limit | |

The above referenced insurance policy shall be underwritten by a company satisfactory to City and contain a condition or endorsement precluding cancellation or reduction in coverage prior to City's being given at least 30 days advance written notice thereof.

(D)    Workers Compensation insurance as required by the State of California and Employer's Liability Insurance

(C)    Licensee agrees that if City is involuntarily made a party defendant to any litigation concerning this License by reason of any act or omission of Licensee, and not because of any act or omission solely of City, then Licensee shall indemnify and hold harmless the City from all loss, cost, liability and expense by reason thereof, including reasonable attorneys fees and court costs incurred by City in such litigation.

16.    NOTICES.  Any notice, demand, or communication under or in connection with this License may be served upon City by personal service or by mailing the same by registered mail in the United States Post Office, postage thereon fully prepaid and directed to the City as follows:

Parks and Recreation Department      Ed Guzman
323 Church Street                              2350 Paul Minnie Avenue
Santa Cruz, California 95060              Santa Cruz, CA  95062

and may likewise be served on Licensee by personal service or by mailing the same addressed to Licensee at the address above written. Either City or Licensee may change such address by notifying the other party in writing as to such new address as Licensee or City may desire used, and which same shall continue as the address until further written notice.

17.  <u>WAIVERS</u>.  The subsequent acceptance of license fees hereunder by City shall not be deemed a waiver of any preceding breach of any obligation hereunder by Licensee other than the failure to pay the particular license fees so accepted; and the waiver of any breach of any covenant or condition by City herein shall not constitute a waiver of any other breach regardless of knowledge thereof.  Any waiver by City of any breach must be in writing.

18.  <u>RIGHTS AND OPTIONS</u>.  Licensee's failure to exercise any right or option or privilege hereunder shall not thereafter preclude City from exercising any right, option, or privilege hereunder, and shall not be deemed a waiver of said right, option, or privilege.  Nor shall such a failure relieve Licensee from Licensee's obligation to perform each and every covenant and condition on Licensee's part to be performed hereunder or relieve it from liability for damages or any other remedy for Licensee's failure to perform or meet the obligations of this License.

19.  <u>TERMINATION</u>.  This License Agreement is terminable at the will of the City.

20.  <u>REMEDIES</u>.  If this License is terminated by City, City may recover from Licensee the worth, at the time of the termination, of the unpaid fees which had been earned but not paid at the time of the termination.  Should Licensee, upon demand by the City, fail to pay said fees, Licensor may withhold the amount of said fees owed but unpaid from Licensee's security deposit.

21.  <u>ATTORNEY'S FEES</u>.  In the event that either party hereto shall commence any legal action or proceeding, including an action for declaratory relief, against the other by reason of the alleged failure of the other to perform or keep any term, covenant, or condition of this License by him to be performed or kept, the party prevailing in said action or proceeding shall be entitled to recover, in addition to his court costs, reasonable attorney fees to be fixed by the court, and such recovery shall include court costs and attorney fees on appeal, if any.  As used herein, "the party prevailing" means the party in whose favor final judgment is rendered.

22.    <u>RULES AND REGULATIONS</u>.    Licensee acknowledges that this License is for operation on Cowell Beach and under the exclusive control of the City of Santa Cruz. Licensee further acknowledges that the paramount duty of the City of Santa Cruz is to maintain the Beach in good condition. Licensee hereby agrees to abide by all laws, ordinances, directives, rules and regulations promulgated by the City Council of the City of Santa Cruz now existing or hereafter made for the government, management, maintenance and operation of said Beach including such directives as to usage of said Beach as may be promulgated by the officers or representatives of the City of Santa Cruz in their official or departmental capacity. Licensee further agrees that such directives, rules, regulations, ordinances and conditions as may be imposed by the City of Santa Cruz through its City Council, administrative officers, department heads or duly authorized representatives in emergency situations shall be subject to immediate compliance without question or qualification as to the validity or reasonableness thereof by Licensee.

23.    <u>MISCELLANEOUS</u>.

(A)    The covenants and agreements contained in this License shall be binding upon the parties hereto and upon their respective heirs, executors and successors.

(B)    Time is of the essence with regard to each and every provision of this License agreement.

(C)    If Licensee is a corporation, Licensee shall deliver to City upon execution of this License a certified copy of a resolution of its Board of Directors authorizing the execution of this License and naming the officers that are authorized to execute this License on behalf of Licensee.

(D)    This License shall be construed and interpreted in accordance with the laws of the State of California.

IN WITNESS WHEREOF, the parties hereto have executed this License Agreement the day and year first herein written.

CITY OF SANTA CRUZ,
A Municipal Corporation

By _____
City Manager, "City"

ED GUZMAN

By _____  5/8/06
Ed Guzman

APPROVED AS TO FORM:

City Attorney     5-10-06

P:\pk\ad\council\2006\pk339att.CowellBeachConcession



# EXHIBIT F

THE CITY OF SANTA CRUZ
REQUEST FOR PROPOSALS
COWELL BEACH CONCESSIONS

Proposal Deadline:  August 31, 2001

Place:           Parks and Recreation Department
                 323 Church Street
                 Santa Cruz, CA  95060

          Contact Person: Carol Scurich
                     420-5270

CITY OF SANTA CRUZ
Santa Cruz California

## REQUEST FOR PROPOSALS FOR COWELL BEACH
## CONCESSION OPERATIONS

The City of Santa Cruz is soliciting proposals from qualified applicants for the operation of ocean or beach-related concessions on Cowell Beach. Cowell Beach is located west of the municipal wharf and directly adjacent to the Westcoast Santa Cruz Hotel, approximately two blocks from the Santa Cruz Beach Boardwalk. This site provides an opportunity for various ocean-related activities including surfing/sailboard instruction and rental concession.

For the past eleven years, the City has had an agreement with a concessionaire to offer the same type of services as outlined in this Request For Proposals. The agreement expires in December of 2001 and we are again issuing a Request for Proposals.

A designated portion of Cowell Beach may be used for the operation (see attached map) and must meet safety and use restrictions developed by the Beach Lifeguard Service section of the City of Santa Cruz Parks and Recreation Department in accordance with the Beach Management Plan. Location may be moved at the discretion of the City due to shifting sand and other safety concerns. The concessionaire is required to furnish, at his/her own expense, all equipment, supplies and all other items necessary to operate the Concession, including the ability to move concession on and off the beach on a daily basis in an effective and safe manner.

The length of contract is a minimum of one year with an option for a one-year renewal each year up to five years. The Parks and Recreation Department base this renewal on a positive concession review at the conclusion of each year.

Information requested in the attached proposal will assist the City in evaluating and selecting potential concessionaires. In addition to the requested information, vendors are encouraged to provide any supplemental information that will benefit in the evaluation of the proposal. Photographs or diagrams of the proposed operation or of the type of business intended are required.

Factors to be considered in awarding concession operations are:

1) Revenue Potential
2) Percentage of Gross Sales Offered
3) Financial Resources/Responsibility
4) Insurance
5) Attractiveness and Compatibility with the Beach and Surrounding Area
6) Experience

The City will not accept proposals for food or beverage concessions on Cowell Beach or any retail sales.

If you are interested in operating a concession on Cowell Beach, please submit your sealed proposal to:  City of Santa Cruz, Parks and Recreation Department, Cowell Beach Concessions, 323 Church Street, Santa Cruz, CA  95060, by 5:00 p.m. on August 31, 2001.

GENERAL GUIDELINES FOR COWELL BEACH CONCESSIONS

General

The concessionaire will have the exclusive right and privilege to conduct rental operations of their specific products/services on Cowell Beach. These operations must include ocean equipment rentals, tour services, lessons or other ocean beach related activities. The City will not accept proposals for commercial sales or food and beverage operations.

Terms and Payment

The use agreement will be based upon a percentage of gross income. The minimum acceptable percentage is 10% of gross receipts from all operations.  Payment will be made at the end of each month of operation.  Gross income will include the entire price charged for all operations, services, rentals, or other business endeavors on Cowell Beach and shall not include any added taxes due the City, County and State.  The concessionaire shall keep complete records and the City shall have the right to audit all accounting records.

Fees

The concessionaire shall submit to the Parks and Recreation Department a complete list of all fees for services concessionaire intends to charge prior to effective date of the agreement.  Any changes or modifications to this list must be submitted in writing to the Parks and Recreation Department for approval.

Equipment and Supplies

Concessionaire shall furnish, at his/her own expense, all equipment and supplies and other items necessary for the operation of the concession. All services and operations shall be of the highest quality presentation and safety. The transporting of operation to and from Cowell Beach is the responsibility of the operator; the City will provide no storage.  Concession is to be removed from the beach on a daily basis in an effective and safe manner.  The vehicle used must be of adequate size, weight, and type to maintain a 5 mph or less speed limit on soft sand and not require excessive speed or power to avoid getting stuck in the sand. Getting stuck in the sand in unacceptable and must be avoided.  Concessionaire must transport the operation on and off the beach a maximum of one time each day.  Drivers must have a valid drivers license and concessionaire must provide a beach driving safety course to all qualified drivers.

Concession Area

The area designated for the specific concession operation must be kept clean and attractive at his/her own expense.  No structural site or other changes shall be

permitted without written approval from the Parks and Recreation Department. All printed advertisement of the concession will be approved by the Parks and Recreation Department prior disbursement.

Insurance Requirements

The concessionaire shall carry standard form Commercial General Liability Insurance and Commercial Automobile Liability Insurance acceptable to the City in an amount not less than One Million Dollars ($1,000,000) per occurrence combined single limit Bodily Injury and Property Damage coverage and Worker's Compensation Insurance, covering all of its employees on the project with a company satisfactory to the City. Contractor shall be responsible for the insurance coverage as herein provided of all employees of said Contractor. For all insurance provided above, policies shall provide that the same cannot be canceled except upon thirty (30) days written notice to the City. Except for Workers Compensation, all insurance provided above shall name the City of Santa Cruz, its officers, agents and employees as an additional insured and shall include cross liability in favor of the City, its officers, agents and employees.

Taxes

Concessionaire will be responsible for paying all taxes associated with his/her concession operation.

Permit and Licenses

Concessionaire shall, at his/her own expense, obtain any and all permits or licenses required for the operation of the concession.

Operation

The concessionaire shall not assign or sublet any rights without prior approval of the City Council. Concessions will be open for business unless weather or special circumstances indicate closure. Said special circumstances shall be reported to the Parks and Recreation Department.

Limitations

The following limitations may apply to the operation of the concession:

1) The City Council and/or Director of Parks and Recreation may authorize special events on Cowell Beach which may infringe, be competitive with or impede concession operations;

2) The City's Beach Lifeguard Service has the right to cancel concession operations due to surf, weather or other safety considerations on a day-to-day basis. The Lifeguard Service also has the right to move the designated location of the concession operation in the Cowell's Beach area, due to changing environmental conditions, safety concerns or other special conditions.

Experience

A minimum of one-year experience in related concession operations or equivalent experience is required. If requested, applicants will be required to provide proof that adequate concession operations will be maintained.

The prospective concessionaire will be required to enter into an agreement with the City of Santa Cruz and furnish all insurance and permits or licenses prior to start of concession operations. A copy of the proposed agreement is available upon request.

Inspection of Area

Prospective bidders may at any time tour the Beach, which is open to the public. If you wish to meet with a City representative at the site, contact Carol Scurich at 420-5270.

Provide complete answers to the following questions.

1. Describe in detail your plans for operating a concession operation on Cowell Beach. Refer to proposed services, hours of operation, range of prices, staffing, etc.
2. Describe in detail previous managerial experience in concessions or related businesses.
3. Provide the name, address and telephone number of all concession related businesses where you worked in a managerial capacity.
4. Provide information addressing the following factors:

      A.     Revenue Potential
      B.     Percentage of Gross Sales Offered
      C.     Financial Resources/Responsibility
      D.     Insurance
      E.     Attractiveness and Compatibility with the Beach and Surrounding Area
      F.     Experience

5. Describe all equipment (size, type and make), which will be used to transport operation on and off the beach.

L:\cs\bchrfp.doc

SPACE FOR COUNTY CLERK'S FILING STAMP

# Proof of Publication
### (2015.5 C.C.P.)

STATE OF CALIFORNIA]

                SS

COUNTY OF SANTA CRUZ]

**Public Notice**

**I, THE UNDERSIGNED, DECLARE:**

That I am over the age of eighteen and not interested in

the herein-referenced matter; that I am now, and at all times

embraced in the publication herein mentioned was, a principal

employee of the printer of the Santa Cruz Sentinel, a daily

newspaper printed, published and circulated in the said county and

adjudged a newspaper of general circulation by the Superior Court

of California in and for the County of Santa Cruz, under Proceeding

No. 25794; that the advertisement (of which the annexed is a true

printed copy) was published in the above-named newspaper on the

following dates, to wit:

AUGUST 4, 5, 11, 12, 2001

     **I DECLARE** under penalty of perjury that the foregoing is

true and correct to the best of my knowledge.

     This 12th day of AUGUST, 2001, at Santa Cruz,
California.



**CITY OF SANTA CRUZ**
**REQUEST FOR PROPOSALS**

The City of Santa Cruz is soliciting proposals from qualified applicants for the operation of an ocean or beach related concession on Cowell Beach. If you are interested in obtaining a copy of the complete Request For Proposals (RFP), please contact the Parks and Recreation Department at (831) 420-5270. Proposal deadline: August 31st, 2001.
8/4,5,11,12

(1102938)

_Abigail L Abraham Meloche_

ABIGAIL ABRAHAM MELOCHE

# EXHIBIT G



CITY OF

# SANTA CRUZ

PARKS AND RECREATION
REQUEST FOR PROPOSALS
COWELL BEACH CONCESSIONS


Proposal Deadline:  December 15, 2005


Place:              Parks and Recreation Department
                    323 Church Street
                    Santa Cruz, CA  95060

Contact Person:     John Alexiou
                    (831) 420-6014

# CITY OF SANTA CRUZ
Santa Cruz, California

## REQUEST FOR PROPOSALS FOR COWELL BEACH
## CONCESSION OPERATIONS

The City of Santa Cruz is soliciting proposals from qualified applicants for the operation of ocean and ocean related concessions on Cowell Beach. Cowell Beach is located west of the municipal wharf and directly adjacent to the Coast Santa Cruz Hotel, approximately two blocks from the Santa Cruz Beach Boardwalk. This site provides an opportunity for various ocean-related activities including surfing/sailboard instruction and rental concession.

For the past fifteen years, the City has had an agreement with a concessionaire to offer the same type of services as outlined in this Request For Proposals. The agreement expires in December of 2005 and we are again issuing a Request for Proposals.

A designated portion of Cowell Beach may be used for the operation (see attached map) and must meet safety and use restrictions developed by the Marine Safety Division of the City of Santa Cruz Parks and Recreation Department. Location may be moved at the discretion of the City due to shifting sand and other safety concerns. The concessionaire is required to furnish, at his/her own expense, all equipment, supplies and all other items necessary to operate the Concession, including the ability to move the concession on and off the beach on a daily basis in an effective and safe manner.

The length of contract is a minimum of one year with an option for a one-year renewal each year up to five years. The Parks and Recreation Department bases this renewal on a positive concession review at the conclusion of each year.

Information requested in the attached proposal will assist the City in evaluating and selecting potential concessionaires. In addition to the requested information, vendors are encouraged to provide any supplemental information that will benefit in the evaluation of the proposal. Photographs or diagrams of the proposed operation or of the type of business intended are required.

Factors to be considered in awarding concession operations are:

1) Revenue Potential
2) Percentage of Gross Sales Offered
3) Financial Resources/Responsibility
4) Insurance
5) Attractiveness and Compatibility with the Beach and Surrounding Area
6) Experience

The City will not accept proposals for food or beverage concessions on Cowell Beach or any retail sales.

If you are interested in operating a concession on Cowell Beach, please submit your sealed proposal to: City of Santa Cruz, Parks and Recreation Department, Cowell Beach Concessions, 323 Church Street, Santa Cruz, CA 95060, Attn: John Alexiou by 5:00 p.m. on December 15, 2005.

2

GENERAL GUIDELINES FOR COWELL BEACH CONCESSIONS

General

The concessionaire will have the right to conduct rental operations of their specific services on Cowell Beach. These operations must include ocean equipment rentals, tour services, lessons or other ocean beach related activities. The City will not accept proposals for commercial sales or food and beverage operations.

Terms and Payment

The use agreement will be based upon a percentage of gross income. The minimum acceptable percentage is 10% of gross receipts from all operations. Payment will be made at the end of each month of operation. Gross income will include the entire price charged for all operations, services, rentals, or other business endeavors on Cowell Beach and shall not include any other taxes due to the City, County and State. The concessionaire shall keep complete records and the City shall have the right to audit all accounting records.

Fees

The concessionaire shall submit to the Parks and Recreation Department a complete list of all fees for services the concessionaire intends to charge prior to the effective date of the agreement. Any changes or modifications to this list must be submitted in writing to the Parks and Recreation Department for approval.

Equipment and Supplies

Concessionaire shall furnish, at his/her own expense, all equipment and supplies and other items necessary for the operation of the concession. All services and operations shall be of the highest quality in presentation and safety. The transporting of the operation to and from Cowell Beach is the sole responsibility of the operator. The City will not provide storage. The concession is to be removed from the beach on a daily basis in an effective and safe manner. The vehicle used must be of adequate size, weight, and type to maintain a 5 mph or less speed limit on soft beach sand and not require excessive speed or power to avoid losing forward momentum and becoming entrapped in the sand. The operation of a vehicle which becomes entrapped in sand is unacceptable and this agreement may be suspended until the concessionaire can demonstrate compliance with the stated vehicle requirements. Concessionaire must transport the operation on and off the beach a maximum of one time each day. Drivers must have a valid driver's license and concessionaire must provide a beach driving safety course to all qualified drivers.

Concession Area

The area designated for the specific concession operation must be kept clean and attractive at Concessionaire's own expense. No structural site or other changes shall be permitted without written approval from the Parks and Recreation Department. All printed advertisement of the concession will be approved by the Parks and Recreation Department prior to disbursement.

Insurance Requirements

The Concessionaire shall carry standard form Commercial General Liability Insurance and Commercial Automobile Liability Insurance acceptable to the City in an amount not less than One Million Dollars ($1,000,000) per occurrence combined single limit Bodily Injury and Property Damage coverage and Worker's Compensation Insurance, covering all of its employees, by a company satisfactory to the City. All insurance provided above shall name the City of Santa Cruz, its officers, agents and employees as an additional insured and shall include cross liability in favor of the City, its officers, agents and employees and shall be in a form acceptable to the City.

Taxes

Concessionaire will be responsible for paying all taxes associated with his/her concession operation.

Permit and Licenses

Concessionaire shall be responsible for obtaining and paying for any and all permits or licenses required for the operation of the concession.

Operation

The Concessionaire shall not assign or sublet any rights without prior approval of the Parks and Recreation Department. Concessions will be open for business on a daily basis unless weather or environmental (i.e. no sand bar or surf) or limited patronage indicate closure.

Limitations

The following limitations may apply to the operation of the concession:

1) The City Council and/or Director of Parks and Recreation may authorize special events on Cowell Beach which may infringe, be competitive with or impede concession operations;

2) The City's Marine Safety Division has the right to cancel concession operations due to surf, weather or other safety considerations on a day-to-day basis. The Division also has the right to move the designated location of the concession operation in the Cowell's Beach area, due to changing environmental conditions, safety concerns or other special conditions.

Experience

A minimum of one-year experience in related concession operations or equivalent experience is required. If requested, applicants will be required to provide proof that adequate concession operations will be maintained.

The prospective concessionaire will be required to enter into an agreement with the City of Santa Cruz and furnish all insurance and permits or licenses prior to start of concession operations January 1, 2006. A copy of the proposed agreement is available upon request.

Inspection of Area

Prospective bidders may at any time tour the beach, which is open to the public.  If you wish to meet with a City representative at the site, contact John Alexiou at 420-6014.

Provide complete answers to the following questions:

1. Describe in detail your plans for operating a concession operation on Cowell Beach.  Refer to proposed services, hours of operation, range of prices, staffing, etc.
2. Describe in detail previous managerial experience in concessions or related businesses.
3. Provide the name, address and telephone number of all concession related businesses where you worked in a managerial capacity.
4. Provide information addressing the following factors:

> A.    Revenue Potential
> B.    Percentage of Gross Sales Offered
> C.    Financial Resources/Responsibility
> D.    Insurance
> E.    Attractiveness and Compatibility with the Beach and Surrounding Area
> F.    Experience

4. Describe all equipment (size, type and make), which will be used to transport operation on and off the beach.  Include photographs.

p:\pkad\beaches\cowell beach concession
RFP 11-05



**1050 Public Notices**

YOUR RIGHT to KNOW and be informed of the functions of your government is embodied in public notices. In that self-government charges all citizens to be informed, this newspaper urges every citizen to read and study these notices. We strongly advise those citizens seeking further information to exercise their right to access public records and public meetings.

CITY OF SANTA CRUZ
REQUEST FOR PROPOSALS
The City of Santa Cruz is soliciting proposals from qualified applicants for the operation of an ocean or beach related concession on Cowell Beach. If you are interested in obtaining a copy of the complete Request For Proposals (RFP), please contact the Parks and Recreation Department Marine Safety Division at (831) 420-6014 or 420-5270. Proposal deadline is December 15, 2005.   11/6, 13   1358487

No bidder may withdraw his bid for a period of thirty (30) days after bids are opened, within which time an award will be made. Bids shall be submitted in sealed envelopes clearly marked on the outside:

"Bid for Country Club Well Power Service Upgrade"
Bid Opening: November 22, 2005 @ 2:00 PM." THE BID DOCUMENTS ARE NOT TO BE REMOVED FROM THE BOUND SPECIFICATIONS.

Plans and Specifications may be obtained at the Office of the Soquel Creek Water District, 5180 Soquel Drive, P.O. Box 1550, Soquel, CA 95073.

Jeffery N. Galley
Engineering Manager/Chief Engineer
11/6                    1358798

**Notice of Public Hearing**

NOTICE IS HEREBY GIVEN that the Zoning Administrator of the City of Santa Cruz will hold a public hearing to consider the applications listed below on Wednesday, November 16, 2005, beginning after the hour of 10:00 a.m. in the City Council Chambers, 809 Center St., Santa Cruz, CA. All persons who may be interested in these projects are hereby invited to present oral or written statements at or before said hearing.

206 Walk Circle        05-166        APN 004-144-18
Design Permit to construct a two-story single-family residence, and Variance to exceed allowed second-story square footage, on a vacant, substandard lot in the 20-15 zone district. (Environmental Determination: Categorical Exemption) (Coastal Permit Exclusion) (G. Wroth, owner/filed: 4/28/05)        NB

219 May Ave.        05-185        APN 005-271-05
Design Permit & Variance to reduce the required 10-foot rear yard to approximately six feet to allow the reconstruction of three covered parking spaces in the R-L Zone District. (Environmental Determination: Categorical Exemption) (R. Saye & D. Barcala, owners/filed: 8/26/05)        MA

1187 E. Cliff Dr.        05-887        APN 010-273-15
Design, Coastal and Historic Alteration Permits for 784 square foot second-story addition to existing house on historic site. Variance to allow increase in height for existing enclosed porch with 8'- 10" front yard setback. (Environmental Review: Categorical Exemption) (W. & L. Davis, owners/filed: 4/12/05 and 10/19/05)        DL
This project requires a Coastal Permit which is appealable to the California Coastal Commission after all possible appeals are exhausted through the City.

503 Van Ness        05-669        APN 006-332-06
Design Permit to construct a 1,786 sq. ft., two-story addition to an existing 2,285 sq. ft. two-story house in the R-1-6 zone district on a house listed on the City Historic Building Survey. (Environmental Determination: Categorical Exemption) (B. Spencer, owner/filed: 3/17/05)        MF

211 Lighthouse Ave.        05-629        APN 004-274-09
Coastal and Design Permits to construct a 1,264 sq. ft. two-story addition to an existing 1,802 sq. ft., single-story home exceeding the 3,000 sq. ft. limitation in the R-1-6 zone district in the Coastal Zone/Natural Resource area. (Environmental Review: Categorical Exemption) (N. & S. Vince, owners/filed: 10/5/05)        MF
This project requires a Coastal Permit which is not appealable to the California Coastal Commission. Action taken at this meeting on the Coastal Permit may be appealed to the City Council utilizing the procedures noted below.

Any person may appeal any final action. Appeals must be made in writing, state the reason for the appeal and filed with the City Planning Department within ten (10) calendar days of the hearing. It must be accompanied by a one hundred twenty dollar ($120) filing fee, unless the item involves a Coastal Permit that is appealable to the Coastal Commission, in which case there is no fee.

The City of Santa Cruz does not discriminate against persons with disabilities. The Council Chambers is an accessible facility. Out of consideration for people with chemical sensitivities, the Department asks that you attend fragrance free. If you wish to attend the public meeting listed above and you will require special assistance or devices in order to attend and participate at the meeting, please call the Planning Department at 420-5110 at least three days in advance to make arrangements for assistance. The City of Santa Cruz TDD (Telecommunications Devices for the Deaf) number is 420-5733 or call the Cal-Relay system number; 1-800-735-2922.        11/6        1358786

---

BICYCLES,
Golf Clubs,
Surfboards,
Wetsuits,
Boogie
Boards...
you can
find them
all in
Sentinel
Classified!
426-8000

BICYCLES, Golf Clubs, Surfboards, Wetsuits, Boogie Boards... you can find them all in Sentinel Classified!
☎426-8000☎

Moving Sale.



Classified Power!

Santa Cruz Sentinel

426-8000
www.SantaCruzSentinel.com

---

BICYCLES,
Golf Clubs,
Surfboards,
Wetsuits,
Boogie
Boards...
you can
find them
all in
Sentinel
Classified!
426-8000

CLASSIFIEDS
Where you can buy, sell or find anything under the sun! ☺
Call ☎ 426-8000

---

Moving Sale.

Classified Power!

Santa Cruz Sentinel

426-8000
www.SantaCruzSentinel.com

---

BICYCLES,
Golf Clubs,
Surfboards,
Wetsuits,
Boogie
Boards...
you can
find them
all in
Sentinel
Classified!
426-8000

CLASSIFIEDS
Where you can buy, sell or find anything under the sun! ☺
Call ☎ 426-8000