George J. Kovacevich, SBN 48125
Barbara H. Choi, SBN 156088
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, CA 95060
Telephone: (831) 423-8383
Facsimile:  (831) 423-9401

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>Plaintiff,<br>vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; ED GUZMAN, CLUB ED, a California Corporation; and DOES ONE THROUGH TEN,<br><br>Defendants. | **Case No. C07-02523-RS**<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS<br><br>[Fed. R. Civ. P. 12(b)(6), 12(e), 8(a)]<br><br>Date: November 28, 2007<br>Time: 9:30 a.m.<br>Courtroom 4, Fifth Floor<br>Honorable Richard Seeborg |

Defendants City of Santa Cruz, Officer John Alexiou, Danettee Shoemaker, Carol Scurich, request that the Court take judicial notice of the attached documents listed below. These documents fall within the following categories of documents for which the Court may judicially notice under Federal Rule of Evidence 201. Further, the Ninth Circuit has consistently held that a Court can take judicial notice of matters of public record outside of the pleadings, including, but not limited to documents filed in another lawsuit, on a motion to dismiss. *See, e.g., Parrino v. FHP, Inc.,* 146 F.3d 699, 706 (9th Cir. 1998) ("We therefore hold that a district court ruling on a

1  motion to dismiss may consider a document the authenticity of which is not contested, and upon
2  which the plaintiff's complaint necessarily relies."); *MGIC Indem. Corp v. Weisman*, 803 F.2d
3  500, 504 (9th Cir. 1986) ("On a motion to dismiss, we may take judicial notice of matters of
4  public record outside the pleadings."):

6  Exhibit A:  A true and correct copy of Settled Statement of Decision and Certification of
7  Same (with attachments) in *People v. Crowell,* Santa Cruz County Superior Court Case No.
8  5SZ102332.

9  Exhibit B: A true and correct copy of City of Santa Cruz Municipal Ordinance, Chapter
10  13.10.

11  Exhibit C: A true and correct copy of The City of Santa Cruz Request for Proposals
12  Cowell Beach Concessions, Proposal Deadline:  August 31, 2001 with attached proof of
13  publication.

14  Exhibit D:  True and correct copies of Resolution No. NS-25,544 of the City Council of
15  the City of Santa Cruz dated September 25, 2001, and attached Cowell Beach Concession License
16  Agreement.

17  Exhibit E: A true and correct copy of The City of Santa Cruz Request for Proposals
18  Cowell Beach Concessions, Proposal Deadline:  December 31, 2001 with attached proof of
19  publication.

20  Exhibit F:  True and correct copies of Resolution No. NS-27,165 of the City Council of
21  the City of Santa Cruz dated March 14, 2006, and attached Cowell Beach Concession License
22  Agreement.

23  Exhibit G:  A true and correct copy of Santa Cruz Parks and Recreation Department
24  Permit for Use of City Facilities dated June, 2007 between Dylan Greiner on behalf of Santa Cruz
25  Surf School and City of Santa Cruz.
26  ///
27  ///
28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS

1   Exhibit H: A true and correct copy of Santa Cruz Parks and Recreation Department
2 vendor agreement for Children's Surf Camp between Dylan Greiner on behalf of Santa Cruz Surf
3 School and City of Santa Cruz.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: October 24, 2007        By:           /S/

Barbara H. Choi
Attorney for Defendants
CITY OF SANTA CRUZ, OFFICER ALEXIOU, DANETTEE SHOEMAKER AND CAROL SCURICH