# EXHIBIT B

# TO

# REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS

**Title 13 PARKS AND RECREATION**
**Chapter 13.10 SALES - PUBLIC BEACHES AND PARKS**

# Chapter 13.10
# SALES - PUBLIC BEACHES AND PARKS

**Sections:**

| | |
|---|---|
| 13.10.010 | Commercial enterprises and sales in public parks and beaches. |
| 13.10.020 | Application for permit. |
| 13.10.030 | Local nonprofit organizations-Issuance of permits by director. |
| 13.10.040 | Other persons and organizations - Issuance of permit by city council. |
| 13.10.050 | Issuance or denial of permit - Criteria and conditions. |
| 13.10.060 | Appeals. |
| 13.10.070 | Violations. |

**13.10.010   COMMERCIAL ENTERPRISES AND SALES IN PUBLIC PARKS AND BEACHES.**

In city parks and on city beaches including all waters for which the city has law enforcement authority, jurisdiction and lifeguarding responsibility, no person shall solicit, sell, hawk, or peddle any goods, wares, merchandise, services, liquids, or edibles for human consumption, except as permitted by the city. This prohibition includes sales activities that utilize park and beach property or facilities to complete the terms of sale or provide a service as a result of the sale or that effect park or beach operations, facility use or visitor safety. This prohibition also includes sales activities which encroach on the sales rights of a vendor authorized to sell such products or services pursuant to a concession contract with the city.

(Ord. 2007-08 § 2, 2007).

**13.10.020   APPLICATION FOR PERMIT.**

Any person who desires a permit may apply for such permit by filing an application with the director of parks and recreation. The application shall be filed on forms provided by the department of parks and recreation, and shall include such information as may be requested by the department.

(Ord. 80-32 § 2 (part), 1980).

**13.10.030   LOCAL NONPROFIT ORGANIZATIONS - ISSUANCE OF PERMITS BY DIRECTOR.**

The director of parks and recreation may issue permits only for nonprofit organizations meeting the following criteria:

(a) The organization has its home base, or a local branch with a home base, in Santa Cruz County;

(b) The organization has qualified for and received tax-exempt status as a nonprofit organization under the California Revenue and Taxation Code and under the federal Internal Revenue Code, or is organized for purposes and conducted in such a manner that it would so qualify for tax-exempt status as a nonprofit organization;

(c) The organization's services are directed toward the local community;

(d) The organization will directly conduct, promote, and/or benefit from the event.

(Ord. 80-32 § 2 (part), 1980).

**13.10.040   OTHER PERSONS AND ORGANIZATIONS - ISSUANCE OF PERMIT BY CITY COUNCIL.**

Any other person or organization applying for a permit under this chapter may receive such a permit only if issued by the city council. Upon receipt of an application from such other person or organization, the director of parks and recreation shall obtain any information necessary or appropriate and shall forward the application to the council, together with any appropriate recommendation.

(Ord. 80-32 § 2 (part), 1980).

**13.10.050     ISSUANCE OR DENIAL OF PERMIT - CRITERIA AND CONDITIONS.**

The director or city council may issue or deny the permit, depending upon whether the decision maker finds that issuance or denial is consistent with the public welfare. If the decision maker issues a permit, it may be issued subject to any terms and conditions considered appropriate or necessary in order to protect the public welfare, and in order to make sure that any activities subject to the permit are conducted in a manner that is consistent with the use of parks and beaches by other persons. In addition, any permit issued shall be subject to such rules and regulations as the director of parks and recreation may have adopted or may thereafter adopt. If a permit is granted, it shall specify the times and places wherein the permit may be exercised, and may limit the number of days during any week, month or year wherein a permit may be exercised by any one person or organization.

(Ord. 80-32 § 2 (part), 1980).

**13.10.060     APPEALS.**

Any person aggrieved by a decision of the director may appeal the decision to the city council, in accordance with Chapter 1.16 of this code.

(Ord. 80-32 § 2 (part), 1980).

**13.10.070     VIOLATIONS.**

Any person who sells any goods, food, beverages, or any other thing in any public park or on any beach under the jurisdiction of the department of parks and recreation, without first having obtained the permit required by this chapter, or in violation of any of the terms or conditions of such permit, is guilty of an infraction.

(Ord. 80-32 § 2 (part), 1980).