# EXHIBIT C

## TO

## REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS

THE CITY OF SANTA CRUZ
REQUEST FOR PROPOSALS
COWELL BEACH CONCESSIONS

Proposal Deadline: August 31, 2001

Place:      Parks and Recreation Department
            323 Church Street
            Santa Cruz, CA  95060

            Contact Person: Carol Scurich
                            420-5270

CITY OF SANTA CRUZ
Santa Cruz California

REQUEST FOR PROPOSALS FOR COWELL BEACH
CONCESSION OPERATIONS

The City of Santa Cruz is soliciting proposals from qualified applicants for the operation of ocean or beach-related concessions on Cowell Beach. Cowell Beach is located west of the municipal wharf and directly adjacent to the Westcoast Santa Cruz Hotel, approximately two blocks from the Santa Cruz Beach Boardwalk. This site provides an opportunity for various ocean-related activities including surfing/sailboard instruction and rental concession.

For the past eleven years, the City has had an agreement with a concessionaire to offer the same type of services as outlined in this Request For Proposals. The agreement expires in December of 2001 and we are again issuing a Request for Proposals.

A designated portion of Cowell Beach may be used for the operation (see attached map) and must meet safety and use restrictions developed by the Beach Lifeguard Service section of the City of Santa Cruz Parks and Recreation Department in accordance with the Beach Management Plan. Location may be moved at the discretion of the City due to shifting sand and other safety concerns. The concessionaire is required to furnish, at his/her own expense, all equipment, supplies and all other items necessary to operate the Concession, including the ability to move concession on and off the beach on a daily basis in an effective and safe manner.

The length of contract is a minimum of one year with an option for a one-year renewal each year up to five years. The Parks and Recreation Department base this renewal on a positive concession review at the conclusion of each year.

Information requested in the attached proposal will assist the City in evaluating and selecting potential concessionaires. In addition to the requested information, vendors are encouraged to provide any supplemental information that will benefit in the evaluation of the proposal. Photographs or diagrams of the proposed operation or of the type of business intended are required.

Factors to be considered in awarding concession operations are:

1) Revenue Potential
2) Percentage of Gross Sales Offered
3) Financial Resources/Responsibility
4) Insurance
5) Attractiveness and Compatibility with the Beach and Surrounding Area
6) Experience

The City will not accept proposals for food or beverage concessions on Cowell Beach or any retail sales.

If you are interested in operating a concession on Cowell Beach, please submit your sealed proposal to: City of Santa Cruz, Parks and Recreation Department, Cowell Beach Concessions, 323 Church Street, Santa Cruz, CA 95060, by 5:00 p.m. on August 31, 2001.

GENERAL GUIDELINES FOR COWELL BEACH CONCESSIONS

General

The concessionaire will have the exclusive right and privilege to conduct rental operations of their specific products/services on Cowell Beach. These operations must include ocean equipment rentals, tour services, lessons or other ocean beach related activities. The City will not accept proposals for commercial sales or food and beverage operations.

Terms and Payment

The use agreement will be based upon a percentage of gross income. The minimum acceptable percentage is 10% of gross receipts from all operations. Payment will be made at the end of each month of operation. Gross income will include the entire price charged for all operations, services, rentals, or other business endeavors on Cowell Beach and shall not include any added taxes due the City, County and State. The concessionaire shall keep complete records and the City shall have the right to audit all accounting records.

Fees

The concessionaire shall submit to the Parks and Recreation Department a complete list of all fees for services concessionaire intends to charge prior to effective date of the agreement. Any changes or modifications to this list must be submitted in writing to the Parks and Recreation Department for approval.

Equipment and Supplies

Concessionaire shall furnish, at his/her own expense, all equipment and supplies and other items necessary for the operation of the concession. All services and operations shall be of the highest quality presentation and safety. The transporting of operation to and from Cowell Beach is the responsibility of the operator; the City will provide no storage. Concession is to be removed from the beach on a daily basis in an effective and safe manner. The vehicle used must be of adequate size, weight, and type to maintain a 5 mph or less speed limit on soft sand and not require excessive speed or power to avoid getting stuck in the sand. Getting stuck in the sand in unacceptable and must be avoided. Concessionaire must transport the operation on and off the beach a maximum of one time each day. Drivers must have a valid drivers license and concessionaire must provide a beach driving safety course to all qualified drivers.

Concession Area

The area designated for the specific concession operation must be kept clean and attractive at his/her own expense. No structural site or other changes shall be

permitted without written approval from the Parks and Recreation Department. All printed advertisement of the concession will be approved by the Parks and Recreation Department prior disbursement.

Insurance Requirements

The concessionaire shall carry standard form Commercial General Liability Insurance and Commercial Automobile Liability Insurance acceptable to the City in an amount not less than One Million Dollars ($1,000,000) per occurrence combined single limit Bodily Injury and Property Damage coverage and Worker's Compensation Insurance, covering all of its employees on the project with a company satisfactory to the City. Contractor shall be responsible for the insurance coverage as herein provided of all employees of said Contractor. For all insurance provided above, policies shall provide that the same cannot be canceled except upon thirty (30) days written notice to the City. Except for Workers Compensation, all insurance provided above shall name the City of Santa Cruz, its officers, agents and employees as an additional insured and shall include cross liability in favor of the City, its officers, agents and employees.

Taxes

Concessionaire will be responsible for paying all taxes associated with his/her concession operation.

Permit and Licenses

Concessionaire shall, at his/her own expense, obtain any and all permits or licenses required for the operation of the concession.

Operation

The concessionaire shall not assign or sublet any rights without prior approval of the City Council. Concessions will be open for business unless weather or special circumstances indicate closure. Said special circumstances shall be reported to the Parks and Recreation Department.

Limitations

The following limitations may apply to the operation of the concession:

> 1) The City Council and/or Director of Parks and Recreation may authorize special events on Cowell Beach which may infringe, be competitive with or impede concession operations;

2) The City's Beach Lifeguard Service has the right to cancel concession operations due to surf, weather or other safety considerations on a day-to-day basis. The Lifeguard Service also has the right to move the designated location of the concession operation in the Cowell's Beach area, due to changing environmental conditions, safety concerns or other special conditions.

Experience

A minimum of one-year experience in related concession operations or equivalent experience is required. If requested, applicants will be required to provide proof that adequate concession operations will be maintained.

The prospective concessionaire will be required to enter into an agreement with the City of Santa Cruz and furnish all insurance and permits or licenses prior to start of concession operations. A copy of the proposed agreement is available upon request.

Inspection of Area

Prospective bidders may at any time tour the Beach, which is open to the public. If you wish to meet with a City representative at the site, contact Carol Scurich at 420-5270.

Provide complete answers to the following questions.

1. Describe in detail your plans for operating a concession operation on Cowell Beach. Refer to proposed services, hours of operation, range of prices, staffing, etc.
2. Describe in detail previous managerial experience in concessions or related businesses.
3. Provide the name, address and telephone number of all concession related businesses where you worked in a managerial capacity.
4. Provide information addressing the following factors:

    A.  Revenue Potential
    B.  Percentage of Gross Sales Offered
    C.  Financial Resources/Responsibility
    D.  Insurance
    E.  Attractiveness and Compatibility with the Beach and Surrounding Area
    F.  Experience

5. Describe all equipment (size, type and make), which will be used to transport operation on and off the beach.

L:\cs\bchrfp.doc

SPACE FOR COUNTY CLERK'S FILING STAMP

# Proof of Publication
(2015.5 C.C.P.)

STATE OF CALIFORNIA]
                      SS
COUNTY OF SANTA CRUZ]

Public Notice



**CITY OF SANTA CRUZ**
**REQUEST FOR PROPOSALS**

The City of Santa Cruz is soliciting proposals from qualified applicants for the operation of an ocean or beach related concession on Cowell Beach. If you are interested in obtaining a copy of the complete Request For Proposals (RFP), please contact the Parks and Recreation Department at (831)420-5270. Proposal deadline: August 31st, 2001.
8/4,5,11,12                           (1102938)

**I, THE UNDERSIGNED, DECLARE:**

That I am over the age of eighteen and not interested in the herein-referenced matter; that I am now, and at all times embraced in the publication herein mentioned was, a principal employee of the printer of the Santa Cruz Sentinel, a daily newspaper printed, published and circulated in the said county and adjudged a newspaper of general circulation by the Superior Court of California in and for the County of Santa Cruz, under Proceeding No. 25794; that the advertisement (of which the annexed is a true printed copy) was published in the above-named newspaper on the following dates, to wit:

AUGUST 4, 5, 11, 12, 2001

**I DECLARE** under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This 12th day of AUGUST, 2001, at Santa Cruz, California.

*[signature]*
ABIGAIL ABRAHAM MELOCHE