# EXHIBIT D

# TO

# REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS

RESOLUTION NO. NS-25,544

RESOLUTION OF THE CITY COUNCIL OF THE CITY OF SANTA CRUZ AUTHORIZING AND DIRECTING THE CITY MANAGER TO EXECUTE AN AGREEMENT BETWEEN ED GUZMAN OF CLUB ED LESSONS AND BEACH RENTALS, SANTA CRUZ, CALIFORNIA AND THE CITY OF SANTA CRUZ FOR THE OPERATION OF A CONCESSION ON COWELL BEACH

WHEREAS, pursuant to a certain call for proposals for the Cowell Beach Concession Operation, proposals were accepted by the Parks and Recreation Department until August 30, 2001; and

WHEREAS, the proposal from Ed Guzman was accepted as the most qualified applicant; and

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Santa Cruz that the proposal from Ed Guzman of Club Ed Lessons and Beach Rentals is hereby accepted and that the City Manager is hereby authorized and directed to execute that certain agreement between the City of Santa Cruz and Ed Guzman of Club Ed Lessons and Beach Rentals, Santa Cruz, California pertaining to the operation of a concession on Cowell Beach upon the terms and conditions as presented to the City Council this date.

PASSED AND ADOPTED this 25th day of September, 2001, by the following vote:

AYES: Councilmembers: Krohn, Reilly, Sugar, Primack, Kennedy, Porter; Mayor Fitzmaurice.

NOES: Councilmembers: None.

ABSENT: Councilmembers: None.

DISQUALIFIED: Councilmembers: None.

APPROVED: ______________________
Mayor

ATTEST: ______________________
City Clerk

P:\pkad\council\2001\pk74res.doc
M:\PK74RES.DOC

COWELL BEACH CONCESSION LICENSE AGREEMENT

BETWEEN

CITY OF SANTA CRUZ AND ED GUZMAN

FILE COPY


1. TERM ........ 2

2. USE ........ 2

3. BUSINESS ........ 2

4. LICENSES AND PERMITS ........ 3

5. LICENSE FEES ........ 3

6. SECURITY DEPOSIT ........ 5

7. CONDITIONS OF LICENSE ........ 5

8. CONDUCT OF BUSINESS ........ 6

9. OPERATION OF BUSINESS ........ 6

10. CONDITION OF EQUIPMENT AND CONCESSION VEHICLES ........ 7

11. EQUIPMENT AND VEHICLES. ........ 7

12. INSPECTION ........ 7

13. ASSIGNMENT PROHIBITED ........ 7

14. INDEMNIFICATION AND INSURANCE ........ 8

15. NOTICES ........ 9

16. WAIVERS ........ 10

17. RIGHTS AND OPTIONS ........ 10

18. TERMINATION ........ 10

19. REMEDIES ........ 10

20. ATTORNEY'S FEES ........ 10

21. RULES AND REGULATIONS ........ 11

22. MISCELLANEOUS ........ 11

THIS LICENSE AGREEMENT, made and entered into this 31st day of December 2001 by and between the City of Santa Cruz, a municipal corporation, hereinafter called "City" and Ed Guzman, whose address is 5 Isabel Drive, Santa Cruz, CA, 95062, hereinafter called "Licensee."

In consideration of the fees to be paid hereunder and of the agreements, covenants and conditions herein contained, and for other good and valuable consideration, the City and the Licensee agree as follows:

1. TERM. The term of this License is for two (2) years beginning on December 31, 2001, and ending at midnight on December 31, 2003, at the license fees specified herein. Thereafter, at the sole option of the City, this License Agreement may be renewed annually for up to two years additional one year terms. Licensee shall notify City in writing no less than sixty (60) days prior to the anniversary date of this Agreement if Licensee wishes City to consider exercising renewal option.

2. USE.

(A) City hereby Licenses Licensee to perform business as described in Paragraph 3 of this Agreement on Cowell Beach, hereinafter called "Beach." The areas within which the equipment rental business shall be operated by Licensee, including the booth area are those portions of the Cowell Beach to be determined by the Beach Safety Officer along with Ed Guzman to this License agreement. Said areas are referred to in this Agreement as the "License Area." Use of any other areas for Licensee's business on the Beach must be approved in writing by the Recreation Superintendent. This Agreement does not convey any right, title or interest in any City property.

(B) The City reserves the right at its sole option, to change the location of the Licensee's operations from time to time by providing a comparable location on the Beach.

3. BUSINESS.

(A) Primary Specialty Licensee shall engage only in the business of operating a beach equipment rental concession fully equipped and Licensed for providing 1) equipment rental operated by Licensee, 2) beach oriented instructional classes. (B) Special Conditions Licensee may not sell anything.

(C) Definition Hereinafter, the business described herein shall be called "Business."

(D) Disputes In the event of a dispute, the City shall make the final determination as to what constitutes "beach equipment" and "beach-oriented instructional classes" for purposes of this Agreement.

4. LICENSES AND PERMITS. It shall be Licensee's responsibility, at Licensee's sole cost and expense, to obtain all necessary Licenses and permits to carry out the terms of this License and to operate the Business.

5. LICENSE FEES.

(A) Commencing the 1st day of the License, and for the License term or until modified, Licensee agrees to and shall pay to City a percentage equal to ten percent (10%) of Licensee's gross sales and business transacted, as hereinafter defined.

(B) Ten percent (10%) of the month's gross sales and business transacted shall be due and payable by the fifteenth (15th) day of the month following the end of the month for which the license fees are due. Along with the percentage license fees, the Licensee shall furnish a true and accurate statement of all sales and business transacted during said month on a form furnished by the City. The statement of all sales and business transacted shall be certified to be correct by Licensee or Licensee's principal agent.

(C) License fees not paid when due shall bear interest from the date due until paid at the maximum rate the City is permitted by law to charge. Licensee recognizes that Licensee's failure to submit when due the license fees and the statement of sales and business transacted for the month will cause City to incur costs not contemplated by this License, the exact amount of such costs being extremely difficult and impracticable to fix. Such costs include, without limitation, processing and accounting charges. Licensee therefore agrees that if license fees or the statement of sales and business transacted have not been remitted to the City when said payment is due, Licensee shall pay to City an additional sum of ten percent (10%) of the overdue license fees as a late charge. The parties agree that this late charge represents a fair and reasonable estimate of the costs that City will incur by reason of late payment by Licensee. Acceptance of any late charge shall not constitute a waiver of Licensee's breach with respect to the overdue amount, or prevent City from exercising any of the other rights and remedies available to City.

(D) "Gross Sales and Business Transacted" shall include:

(1) The entire amount of the price charged, whether wholly or partially for cash or on credit, or otherwise, for all rentals and classes of every kind and description, made in, upon, or resulting from conduct of Business to be conducted in License Area.

(2) All gross receipts received by Licensee from the sale or rental of beach equipment in accordance with generally accepted accounting principles. City shall be entitled to review the amount of gross sales and sales taxes reported to the State Board of Equalization at each quarterly report period in determining the amount of said gross receipts. Upon completion of its quarterly return to the State Board of Equalization for sales tax reported and within fifteen (15) days after the end of each quarter, Licensee shall mail to City a true and correct copy of the quarterly return. If more than one business operated by Licensee is reported by Licensee on the same quarterly sales tax return, Licensee shall furnish a supplemental report which delineates the sales of all Licensee's businesses being reported.

(E) "Gross sales and business transacted" shall not include, or if included, there shall be deducted (but only to the extent they have been included), as the case may be, the amount of any sales tax due the City, County and State on sales from the premises where such taxes are both added to the selling price or absorbed therein and paid to the taxing authority by Licensee.

(F) Licensee shall keep true and complete records and accounts of all sales and business transacted, including daily bank deposits and sales tax returns to the State Board of Equalization, and shall give City access, during reasonable hours, to such records and accounts.

(G) Licensee shall keep and preserve for at least forty-eight (48) months after the end of each year of this Agreement all sales slips, cash register tape readings, sales books, sales tax returns, bank books, and duplicate deposit slips, and other evidence of gross sales and business transacted for such year.

(H) City shall have the right at any time and from time to time to audit all of the books of account, bank statements, documents, records, returns, papers, and files of Licensee relating to gross sales and business transacted, and, on request by City, Licensee shall make all such matters available for examination at a site selected by the City. If City should have an audit made for any quarter and the gross sales and business transacted shown by Licensee's statement for such quarter should be found to be understated by more than three percent (3%), Licensee shall immediately pay to City the cost of such audit as well as the additional license fees payable by Licensee to City, plus interest and late charges payable. Otherwise, the cost of such audit shall be paid by City. City's

right to have such an audit made with respect to any quarter shall expire forty-eight (48) months after Licensee's statement for such quarter.

(I) The Licensee agrees to use a cash collection system acceptable to the City to record sales. The City may, at its option, require Licensee to institute changes in said cash collection system.

6. SECURITY DEPOSIT. Upon request of the Recreation Superintendent, Licensee shall immediately deposit Five Hundred Dollars ($500.00) with the City (i.e. approximately two (2) months of average License fees) as a security deposit for the Licensee's performance of the provisions of this License. If Licensee breaches the terms of this License, City can use the security deposit, or any portion of it, to cure the breach or to compensate City for all damage sustained by City resulting from Licensee's breach. Upon City's demand Licensee shall immediately pay to City a sum equal to the portion of security deposit expended or applied by City as provided in this paragraph so as to maintain the security deposit in the sum initially deposited with City. If Licensee has not breached the terms of this License at the expiration or termination of this License, City shall return the security deposit to Licensee. City's obligations with respect to any such security deposit would be those of a debtor and not a trustee. City may either maintain the security deposit separate and apart from City's general funds or can commingle the security deposit with City's general and other funds. City shall not be required to pay Licensee interest on the security deposit.

If average monthly license fees cannot be estimated, the Recreation Superintendent shall determine the amount of the security deposit. At City's option, the City may adjust the amount of the security deposit at the time this Agreement is renewed.

7. CONDITIONS OF LICENSE. Licensee agrees that the Licensee's right to operation of the business is granted by the City upon the following express standards and conditions:

(A) Licensee hereby agrees to abide by all laws and regulations promulgated by local, state and federal agencies pertaining to the operation of the business defined in Paragraph 3.

(B) Licensee hereby agrees to abide by all laws and regulations promulgated by the United States Coast Guard pertaining to commercial marine operations.

(C) Licensee as operator of the concession shall be responsible to the City for any additional costs incurred by the City as a result of the operation of this concession.

(D) City Lifeguards reserve the right to inspect Licensee's equipment at any time and terminate operation at any time that the City Lifeguards deem the operation to be unsafe or not in

compliance with any conditions herein contained. City Lifeguards reserve the right to move the location of the concession operation in the Cowell Beach area, due to changing environmental conditions, safety concerns a or other special conditions. Operation shall not resume until City Lifeguards provide Licensee with written notice to resume operation.

(E) Conduct of Licensee's operations while in Santa Cruz waters adjacent to Wharf are subject to all present and future rules promulgated by the City.

(F) The Recreation Superintendent may at any time limit or totally restrict the Licensee's use of the Beach due to ocean or weather conditions.

(G) City Manager or designee may restrict Licensee's operation on days that major special events are scheduled within the Monterey Bay so that said operations do not interfere with the special events.

(H) In addition to License Fees described in paragraph 5, Licensee shall remit to City all present and future relevant taxes or assessments levied by the City.

8. <u>CONDUCT OF BUSINESS</u>. Licensee agrees that Licensee's business shall be established and conducted throughout the License term in a first-class manner. Licensee will not use the License Area for, or carry on or permit within said License Area, any offensive, noisy, or dangerous trade, business, manufacture, or occupation, or any nuisance. Licensee expressly agrees at all times during the License term to maintain, and do all things necessary to maintain the License Area in a clean, neat, and sanitary manner. Licensee further agrees to comply with any and all laws, ordinances, rules and regulations of any public authority in force during the term of this License.

9. <u>OPERATION OF BUSINESS</u>. Licensee further agrees to operate Business on a regular and reasonable schedule during the months of May through September, hereinafter referred to as "Summer Months" and other times as mutually agreed upon. Licensee shall employ its best efforts to operate the business conducted on the Beach in a manner that will produce the maximum volume of gross sales. Licensee may temporarily close down Business due to inclement weather or, if Business involves marine activity, dangerous ocean conditions. During the License term Licensee shall conduct and carry on the Business during the Summer Months, and shall stay open for business and cause such business to be conducted, during those days and for such number of hours each of those days, as is reasonable for businesses of its type. City may, at its option, and for good cause, permit Licensee to temporarily close down the Business.

Licensee agrees that no goods, merchandise, or materials shall be kept or stored on the Beach which is in any way hazardous. Licensee further agrees not to suffer any act of omission or commission on the Beach which will increase the rate of any insurance to be paid by City.

10. CONDITION OF EQUIPMENT AND CONCESSION VEHICLES. It shall be the sole responsibility of Licensee, at Licensee's sole expense, to investigate and determine the conditions of the booth, the condition of any existing improvements and the suitability of such conditions for the Business to be conducted by Licensee pursuant to this Agreement.

11. EQUIPMENT AND VEHICLES. Licensee shall furnish at his own expense all equipment and vehicles and other items necessary for the operation of the concession. All services and operations shall be of the highest quality presentation and safety. Excepting such normal maintenance and repair work as is required hereunder, vehicles shall not be altered repaired or changed , no signs shall be attached to , painted on , or otherwise affixed to the exterior of the vehicles without obtaining the prior written approval of the City. The transporting of the operation and vehicles is the responsibility of the licensee; the City will provide not storage. The concession and vehicles are to be removed from the beach on a daily basis in an effective and safe manner. The vehicle used must be of adequate size, weight and type to maintain a 5 mph or less speed on soft sand and not to require excessive speed or power to avoid getting stuck in the sand. Getting stuck in the sand is unacceptable and must be avoided. Licensee must transport the operation on and off the beach a maximum of one time each day. Drivers must have a valid drivers licensee and licensee must provide a beach driving safety course to all qualified drivers.

12. INSPECTION. City and the agents and employees of City shall have the right to enter the License Area at all reasonable times to inspect the same, to see that no damage has been or is done, and to protect any and all rights of City, and to post such reasonable notices as City may desire to protect the rights of City.

13. ASSIGNMENT PROHIBITED. Licensee shall not, either voluntarily or involuntarily, assign or encumber its interests in this License or allow any other person or entity (except Licensee's authorized representatives) to operate under the terms of this License Agreement, without the prior approval and consent of the City. Any such assignment without prior approval shall be null and void.

14. INDEMNIFICATION AND INSURANCE.

(A) Licensee shall indemnify, defend and hold City and City's property, including License Area and any buildings, fixtures, or equipment now or hereafter in the License Area, free and harmless from any and all liability, claims, loss, damages, or expenses resulting from Licensee's occupation and use of Beach specifically including, without limitation, any liability, claim, loss, damage, or expense arising by reason of:

(1) The death or injury of any person, including Licensee and Licensee's agents and employees, caused or allegedly caused by:

(a) The condition of the License Area;

(b) Any act or omission of Licensee or any other person in, on, or about the License Area with Licensee's permission and consent;

(c) Any other cause whatsoever while such person is in or on the License Area.

(2) Damage to or destruction of any property, including Licensee's property or the property of Licensee's employees or agents, from:

(a) The condition of the License Area;

(b) Any act or omission of Licensee or any other person in, on, or about the License Area with Licensee's permission and consent;

(c) Any other cause whatsoever while such property is in or on the License Area or in any way connected with the License Area.

(3) Any work performed on the License Area or materials furnished to the License Area at the instance or request of Licensee or any person or entity acting for or on behalf of Licensee; or

(4) Licensee's failure to perform any provision of this License or to comply with any requirement of law or any requirement imposed on Licensee or the License Area by any duly authorized governmental agency or political subdivision.

(B) Licensee further agrees to take out and keep in force during the life hereof, at Licensee's expense, commercial general liability insurance, with a company or companies satisfactory to City to protect City against any liability to the public incident to the use of, or resulting from, any accident or occurrence in or about the License Area. This insurance shall provide a single combined liability limit of at least One Million Dollars ($1,000,000) for any one accident or occurrence, and a

general aggregate limit of not less than One Million Dollars ($1,000,000) for any one policy year. All commercial general liability insurance shall insure performance by Licensee of the indemnity provisions of paragraph 14(A). The policy or policies shall require that in the event of modification or cancellation of any policy, the insurance carrier shall notify City in writing at least thirty (30) days prior thereto. Licensee agrees that if Licensee does not keep such insurance in full force and effect, City may, at its option either terminate this License, or take out the necessary insurance and pay the premium, and the repayment thereof shall be deemed to be part of the license fees and payable as such on the next day upon which license fees becomes due. Licensee agrees that City shall be named on each policy as an additional insured party in accordance with the foregoing covenants. The policy or policies shall further provide that any other insurance carried by City shall be excess insurance only, as to the liability insured thereby.

City may increase or decrease the amount of commercial general liability insurance required, based upon a general review by City of the standard insurance requirement as resolved by the City Council of City to be in the public interest and required for all other License Area on the Beach. Changes in insurance amounts shall occur not more frequently than once a year.

(C) Licensee agrees that if City is involuntarily made a party defendant to any litigation concerning this License by reason of any act or omission of Licensee, and not because of any act or omission solely of City, then Licensee shall indemnify and hold harmless the City from all loss, cost, liability and expense by reason thereof, including reasonable attorneys fees and court costs incurred by City in such litigation.

15. NOTICES. Any notice, demand, or communication under or in connection with this License may be served upon City by personal service, or by mailing the same by registered mail in the United States Post Office, postage thereon fully prepaid and directed to the City as follows:

| | |
|---|---|
| Parks and Recreation Department<br>323 Church Street<br>Santa Cruz, California 95060 | Ed Guzman<br>5 Isabel Dr.<br>Santa Cruz, CA 95062 |

and may likewise be served on Licensee by personal service or by mailing the same addressed to Licensee at the address above written. Either City or Licensee may change such address by notifying the other party in writing as to such new address as Licensee or City may desire used, and which same shall continue as the address until further written notice.

16. WAIVERS. The subsequent acceptance of license fees hereunder by City shall not be deemed a waiver of any preceding breach of any obligation hereunder by Licensee other than the failure to pay the particular license fees so accepted; and the waiver of any breach of any covenant or condition by City herein shall not constitute a waiver of any other breach regardless of knowledge thereof. Any waiver by City of any breach must be in writing.

17. RIGHTS AND OPTIONS. Licensee's failure to exercise any right or option or privilege hereunder shall not thereafter preclude City from exercising any right, option, or privilege hereunder, and shall not be deemed a waiver of said right, option, or privilege. Nor shall such a failure relieve Licensee from Licensee's obligation to perform each and every covenant and condition on Licensee's part to be performed hereunder or relieve it from liability for damages or any other remedy for Licensee's failure to perform or meet the obligations of this License.

18. TERMINATION. This License Agreement is terminable at the will of the City.

19. REMEDIES. If this License is terminated by City, City may recover from Licensee the worth, at the time of the termination, of the unpaid fees which had been earned but not paid at the time of the termination. Should Licensee, upon demand by the City, fail to pay said fees, Licensor may withhold the amount of said fees owed but unpaid from Licensee's security deposit.

20. ATTORNEY'S FEES. In the event that either party hereto shall commence any legal action or proceeding, including an action for declaratory relief, against the other by reason of the alleged failure of the other to perform or keep any term, covenant, or condition of this License by him to be performed or kept, the party prevailing in said action or proceeding shall be entitled to recover, in addition to his court costs, reasonable attorney fees to be fixed by the court, and such recovery shall include court costs and attorney fees on appeal, if any. As used herein, "the party prevailing" means the party in whose favor final judgment is rendered.



21. RULES AND REGULATIONS. Licensee acknowledges that this License is for operation on Cowell Beach and under the exclusive control of the City of Santa Cruz. Licensee further acknowledges that the paramount duty of the City of Santa Cruz is to maintain the Beach in good condition. Licensee hereby agrees to abide by all laws, ordinances, directives, rules and regulations promulgated by the City Council of the City of Santa Cruz now existing or hereafter made for the government, management, maintenance and operation of said Beach including such directives as to usage of said Beach as may be promulgated by the officers or representatives of the City of Santa Cruz in their official or departmental capacity. Licensee further agrees that such directives, rules, regulations, ordinances and conditions as may be imposed by the City of Santa Cruz through its City Council, administrative officers, department heads or duly authorized representatives in emergency situations shall be subject to immediate compliance without question or qualification as to the validity or reasonableness thereof by Licensee.

22. MISCELLANEOUS.

(A) The covenants and agreements contained in this License shall be binding upon the parties hereto and upon their respective heirs, executors and successors.

(B) Time is of the essence with regard to each and every provision of this License agreement.

(C) If Licensee is a corporation, Licensee shall deliver to City upon execution of this License a certified copy of a resolution of its Board of Directors authorizing the execution of this License and naming the officers that are authorized to execute this License on behalf of Licensee.

(D) This License shall be construed and interpreted in accordance with the laws of the State of California.

IN WITNESS WHEREOF, the parties hereto have executed this License Agreement the day and year first herein written.

CITY OF SANTA CRUZ,
A Municipal Corporation

By_______________________
Asst. City Manager, "City"

ED GUZMAN

By_______________________
Ed Guzman

APPROVED AS TO FORM:

_______________________ 1-2-02
City Attorney

P:\pkad\cs\beach\Cowell Beach Concession Agmt.doc