# EXHIBIT E

# TO

# REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS

CITY OF SANTA CRUZ
Santa Cruz, California

REQUEST FOR PROPOSALS FOR COWELL BEACH
CONCESSION OPERATIONS

The City of Santa Cruz is soliciting proposals from qualified applicants for the operation of ocean and ocean related concessions on Cowell Beach. Cowell Beach is located west of the municipal wharf and directly adjacent to the Coast Santa Cruz Hotel, approximately two blocks from the Santa Cruz Beach Boardwalk. This site provides an opportunity for various ocean-related activities including surfing/sailboard instruction and rental concession.

For the past fifteen years, the City has had an agreement with a concessionaire to offer the same type of services as outlined in this Request For Proposals. The agreement expires in December of 2005 and we are again issuing a Request for Proposals.

A designated portion of Cowell Beach may be used for the operation (see attached map) and must meet safety and use restrictions developed by the Marine Safety Division of the City of Santa Cruz Parks and Recreation Department. Location may be moved at the discretion of the City due to shifting sand and other safety concerns. The concessionaire is required to furnish, at his/her own expense, all equipment, supplies and all other items necessary to operate the Concession, including the ability to move the concession on and off the beach on a daily basis in an effective and safe manner.

The length of contract is a minimum of one year with an option for a one-year renewal each year up to five years. The Parks and Recreation Department bases this renewal on a positive concession review at the conclusion of each year.

Information requested in the attached proposal will assist the City in evaluating and selecting potential concessionaires. In addition to the requested information, vendors are encouraged to provide any supplemental information that will benefit in the evaluation of the proposal. Photographs or diagrams of the proposed operation or of the type of business intended are required.

Factors to be considered in awarding concession operations are:

1)  Revenue Potential
2)  Percentage of Gross Sales Offered
3)  Financial Resources/Responsibility
4)  Insurance
5)  Attractiveness and Compatibility with the Beach and Surrounding Area
6)  Experience

The City will not accept proposals for food or beverage concessions on Cowell Beach or any retail sales.

If you are interested in operating a concession on Cowell Beach, please submit your sealed proposal to: City of Santa Cruz, Parks and Recreation Department, Cowell Beach Concessions, 323 Church Street, Santa Cruz, CA 95060, Attn: John Alexiou by 5:00 p.m. on December 15, 2005.

2

GENERAL GUIDELINES FOR COWELL BEACH CONCESSIONS

General

The concessionaire will have the right to conduct rental operations of their specific services on Cowell Beach. These operations must include ocean equipment rentals, tour services, lessons or other ocean beach related activities. The City will not accept proposals for commercial sales or food and beverage operations.

Terms and Payment

The use agreement will be based upon a percentage of gross income. The minimum acceptable percentage is 10% of gross receipts from all operations. Payment will be made at the end of each month of operation. Gross income will include the entire price charged for all operations, services, rentals, or other business endeavors on Cowell Beach and shall not include any other taxes due to the City, County and State. The concessionaire shall keep complete records and the City shall have the right to audit all accounting records.

Fees

The concessionaire shall submit to the Parks and Recreation Department a complete list of all fees for services the concessionaire intends to charge prior to the effective date of the agreement. Any changes or modifications to this list must be submitted in writing to the Parks and Recreation Department for approval.

Equipment and Supplies

Concessionaire shall furnish, at his/her own expense, all equipment and supplies and other items necessary for the operation of the concession. All services and operations shall be of the highest quality in presentation and safety. The transporting of the operation to and from Cowell Beach is the sole responsibility of the operator. The City will not provide storage. The concession is to be removed from the beach on a daily basis in an effective and safe manner. The vehicle used must be of adequate size, weight, and type to maintain a 5 mph or less speed limit on soft beach sand and not require excessive speed or power to avoid losing forward momentum and becoming entrapped in the sand. The operation of a vehicle which becomes entrapped in sand is unacceptable and this agreement may be suspended until the concessionaire can demonstrate compliance with the stated vehicle requirements. Concessionaire must transport the operation on and off the beach a maximum of one time each day. Drivers must have a valid driver's license and concessionaire must provide a beach driving safety course to all qualified drivers.

Concession Area

The area designated for the specific concession operation must be kept clean and attractive at Concessionaire's own expense. No structural site or other changes shall be permitted without written approval from the Parks and Recreation Department. All printed advertisement of the concession will be approved by the Parks and Recreation Department prior to disbursement.

Insurance Requirements

The Concessionaire shall carry standard form Commercial General Liability Insurance and Commercial Automobile Liability Insurance acceptable to the City in an amount not less than One Million Dollars ($1,000,000) per occurrence combined single limit Bodily Injury and Property Damage coverage and Worker's Compensation Insurance, covering all of its employees, by a company satisfactory to the City. All insurance provided above shall name the City of Santa Cruz, its officers, agents and employees as an additional insured and shall include cross liability in favor of the City, its officers, agents and employees and shall be in a form acceptable to the City.

Taxes

Concessionaire will be responsible for paying all taxes associated with his/her concession operation.

Permit and Licenses

Concessionaire shall be responsible for obtaining and paying for any and all permits or licenses required for the operation of the concession.

Operation

The Concessionaire shall not assign or sublet any rights without prior approval of the Parks and Recreation Department. Concessions will be open for business on a daily basis unless weather or environmental (i.e. no sand bar or surf) or limited patronage indicate closure.

Limitations

The following limitations may apply to the operation of the concession:

1) The City Council and/or Director of Parks and Recreation may authorize special events on Cowell Beach which may infringe, be competitive with or impede concession operations;

2) The City's Marine Safety Division has the right to cancel concession operations due to surf, weather or other safety considerations on a day-to-day basis. The Division also has the right to move the designated location of the concession operation in the Cowell's Beach area, due to changing environmental conditions, safety concerns or other special conditions.

Experience

A minimum of one-year experience in related concession operations or equivalent experience is required. If requested, applicants will be required to provide proof that adequate concession operations will be maintained.

The prospective concessionaire will be required to enter into an agreement with the City of Santa Cruz and furnish all insurance and permits or licenses prior to start of concession operations January 1, 2006. A copy of the proposed agreement is available upon request.

<u>Inspection of Area</u>

Prospective bidders may at any time tour the beach, which is open to the public.  If you wish to meet with a City representative at the site, contact John Alexiou at 420-6014.

Provide complete answers to the following questions:

1.  Describe in detail your plans for operating a concession operation on Cowell Beach.  Refer to proposed services, hours of operation, range of prices, staffing, etc.
2.  Describe in detail previous managerial experience in concessions or related businesses.
3.  Provide the name, address and telephone number of all concession related businesses where you worked in a managerial capacity.
4.  Provide information addressing the following factors:

   A.    Revenue Potential
   B.    Percentage of Gross Sales Offered
   C.    Financial Resources/Responsibility
   D.    Insurance
   E.    Attractiveness and Compatibility with the Beach and Surrounding Area
   F.    Experience

4.  Describe all equipment (size, type and make), which will be used to transport operation on and off the beach.  Include photographs.



E-22 SANTA CRUZ SENTINEL Sunday, November 6, 2005

## 1050 Public Notices

*YOUR RIGHT to KNOW and be informed of the functions of your government is embodied in public notices. In that self-government charges all citizens to be informed, this newspaper urges every citizen to read and study these notices. We strongly advise those citizens seeking further information to exercise their right to access public records and public meetings.*

**CITY OF SANTA CRUZ REQUEST FOR PROPOSALS**
The City of Santa Cruz is soliciting proposals from qualified applicants for the operation of an ocean or beach related concession on Cowell Beach. If you are interested in obtaining a copy of the complete Request For Proposals (RFP), please contact the Parks and Recreation Department Marine Safety Division at (831) 420-6014 or 420-5270. Proposal deadline is December 15, 2005.    11/6, 13    1358481

---

No bidder may withdraw his bid for a period of thirty (30) days after bids are opened, within which time no award will be made. Bids shall be submitted in sealed envelopes clearly marked on the outside:

"Bid for Country Club Well Power Service Upgrade" Bid Opening: November 22, 2005 @ 2:00 PM" THE BID DOCUMENTS ARE NOT TO BE REMOVED FROM THE BOUND SPECIFICATIONS.

Plans and Specifications may be obtained at the Office of the Soquel Creek Water District, 5180 Soquel Drive, P.O. Box 1550, Soquel, CA 95073.

Jeffery N. Galley
Engineering Manager/Chief Engineer
11/06    1358778

### Notice of Public Hearing

SANTA CRUZ    **NOTICE IS HEREBY GIVEN** that the Zoning Administrator of the City of Santa Cruz will hold a public hearing to consider the applications listed below, on Wednesday, November 16, 2005, beginning after the hour of 10:00 a.m. in the City Council Chambers, 809 Center St., Santa Cruz, CA. All persons who may be interested in these projects are hereby invited to present oral or written statements at or before said hearing.

**306 Walk Circle**    05-106    APN 004-144-18
Design Permit to construct a two-story single-family residence, and Variance to exceed allowed second-story square footage, on a vacant, substandard lot in the R-1-5 zone district. (Environ-mental Determination: Categorical Exemption) (Coastal Permit Exclusion) (G. Wyatt, owner/filed: 4/28/05)    CG

**219 May Ave**    05-185    APN 005-271-05
Design Permit & Variance to reduce the required 10-foot rear yard to approximately six feet to allow the reconstruction of three covered parking spaces in the R-L Zone District. (Environ-mental Determination: Categorical Exemption) (R. Saye & D. Barcala, owners/filed: 8/2/05)    MA

**1187 E. Cliff Dr.**    05-087    APN 010-273-15
Design, Coastal and Historic Alteration Permits for 784 square foot second-story addition to existing house on historic site. Variance to allow increase in height for existing enclosed porch with 8'-10" front yard setback. (Environmental Review: Categorical Exemption) (W. & L. Davis, owners/filed: 4/12/05 and 10/19/05)    DL
*This project requires a Coastal Permit which is appealable to the California Coastal Commission after all possible appeals are exhausted through the City.*

**503 Van Ness**    05-069    APN 006-332-06
Design Permit to construct a 1,786 sq. ft., two-story addition to an existing 2,285 sq. ft. two-story house in the R-1-5 zone district on a house listed on the City Historic Building Survey. (Environmental Determination: Categorical Exemption) (B. Spencer, owner/filed: 3/17/05)    MF

**211 Lighthouse Ave.**    05-229    APN 004-274-09
Coastal and Design Permits to construct a 1,354 sq. ft., two-story addition to an existing 1,802 sq. ft., single-story home exceeding the 3,000 sq. ft. limitation in the R-1-5 zone district in the Coastal Zone/Natural Resource area. (Environmental Review: Categorical Exemption) (N. & S. Vince, owners/filed: 10/5/05)    MF
*This project requires a Coastal Permit which is not appealable to the California Coastal Commission. Action taken at this meeting on the Coastal Permit may be appealed to the City Council utilizing the procedures noted below.*

Any person may appeal any final action. Appeals must be made in writing, state the reason for the appeal and filed with the City Planning Department within ten (10) calendar days of the hearing. It must be accompanied by a one hundred twenty dollar ($120) filing fee, unless the item involves a Coastal Permit that is appealable to the Coastal Commission, in which case there is no fee.

*The City of Santa Cruz does not discriminate against persons with disabilities. The Council Chambers is an accessible facility. Out of consideration for people with chemical sensitivities, the Department asks that you attend fragrance free. If you wish to attend the public meeting listed above and you will require special assistance or devices in order to attend and participate at the meeting, please call the Planning Department at 420-5110 at least three days in advance to make arrangements for assistance. The City of Santa Cruz TDD (Telecommunications Devices for the Deaf) number is 420-5733 or call the Cal-Relay system number; 1-800-735-2922.*    11/06    1358786

---

Moving Sale.

Classified Power!

Santa Cruz Sentinel

426-8000
www.SantaCruzSentinel.com

Moving Sale.

Classified Power!

Santa Cruz Sentinel

426-8000
www.SantaCruzSentinel.com

BICYCLES, Golf Clubs, Surfboards, Wetsuits, Boogie Boards... you can find them all in Sentinel Classified! 426-8000

BICYCLES, Golf Clubs, Surfboards, Wetsuits, Boogie Boards... you can find them all in Sentinel Classified! 426-8000

BICYCLES, Golf Clubs, Surfboards, Wetsuits, Boogie Boards... you can find them all in Sentinel Classified! 426-8000

BICYCLES, Golf Clubs, Surfboards, Wetsuits, Boogie Boards... you can find them all in Sentinel Classified! ☎426-8000☎

CLASSIFIEDS
Where you can buy, sell or find anything under the sun!
Call ☎ 426-8000

CLASSIFIEDS
Where you can buy, sell or find anything under the sun!
Call ☎ 426-8000