# EXHIBIT G

# TO

# REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS



**PARKS AND RECREATION DEPARTMENT**
323 Church Street, Santa Cruz, CA 95060
Ph. 831-420-5270 ✻ Fax 831-420-5271

## PERMIT FOR USE OF CITY FACILITIES

FACILITY: Pacific Ocean
AREA(S): Cowells Beach / Collins Cove
DATE(S) OF USE: Ongoing
SET UP TIME: Sunrise   EXIT TIME: Sunset
EVENT HOURS Start: Sunrise   End: Sunset

1. Describe Event: Daily 2 hr Surfing lessons

PERMITTEE: Dylan Greiner
ORGANIZATION: Santa Cruz Surf School
NON-PROFIT ID#: 
ADDRESS: 322 Pacific Ave
CITY: Santa Cruz   ZIP: 95060
HOME PHONE: (831) 345-8875   FAX: 
WORK PHONE: (831) 426-7072
EMAIL ADDRESS: info@santacruzsurfschool.c

2. Will alcohol be served? Yes ☐ No ☑
   Must be served and consumed in designated areas only. See #16 on the back of this sheet.
3. Will alcohol be sold? Yes ☐ No ☑
   ABC Permit #
4. Will sound amplification be used? Yes ☐ No ☑
   See #18 on the back of this sheet.
5. Number of people expected:
   Adults: lots   Youth: lots

6. Will ANY equipment be used? Yes ☑ No ☐
   Explain: Wetsuits, Surfboards (Soft), Nerfballs, Shade tent, First Aid Kit, Sports equpt.
   (Bounce Houses require proof of insurance.*)
7. Will admission be charged? Charge for Services
   Yes ☑ No ☐   (If Yes, see Admission Tax Brochure)
8. Will merchandise or food be sold? Yes ☐ No ☑
   See #9 on the back of this sheet.

### AGREEMENT TO RELEASE, INDEMNIFY, AND HOLD CITY HARMLESS

It is understood and agreed that in consideration of being permitted to use said facilities, Permittee will indemnify, defend, and hold the City of Santa Cruz and its officers, agents, and employees harmless from any loss, claim, liability, damages, and/or injuries to persons and property which arise during the course of Permittee's use or occupancy of City facilities or which are in any way caused by or otherwise related to said use. I, the undersigned, hereby certify I will be personally responsible for any damage sustained by the grounds, buildings, furniture, or equipment occurring through the occupancy of said facilities by the Permittee.

I, the undersigned, have read and agree to abide by the rules and regulations for the facility used as listed on the reverse side. I have also read the above language indemnifying the City for any liability incurred as a result of this use. I further understand that any misrepresentation or false information provided on this permit may result in revocation of the permit and forfeiture of fees and deposits.

X _[signature]_   6-13-07   _[signature]_   6/25/07
Permittee's Signature   Date   Parks & Recreation Approval   Date

## DEPARTMENT USE ONLY

| Item | Amt. Pd | Date | Rec'd By |
|---|---|---|---|
| Daily Facility Charge | | | |
| Hourly Charge (after 8 hrs.) | | | |
| Security Guard | | | |
| Deposit (Refundable) | | | |
| Sound Permit (Non-refundable) | | | |
| Non-Resident Fee | | | |
| Other Fees | | | |
| TOTAL RECEIVED | 250.00 | | |
| *Insurance Certificate | | | |

|  | Yes | No | N/A |
|---|---|---|---|
| Sound Permit on file: | ☐ | ☑ | ☐ |
| Alcohol Permit on file: | ☐ | ☑ | ☐ |
| Insurance Cert. on file: | ☑ | ☐ | ☐ |
| Security Agmt. on file: | ☐ | ☐ | ☑ |

Special Instructions

WHITE COPY: OFFICE   YELLOW COPY: ATTENDANT   PINK COPY: RANGER   GREEN COPY: PERMITTEE