# EXHIBIT H

# TO

# REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS

## CITY OF SANTA CRUZ PARKS AND RECREATION DEPARTMENT
### 323 CHURCH STREET • 420-5276

| | |
|---|---|
| Offeror: Santa Cruz Surf School | SS# NA |
| Address: 322 Pacific Ave | Vendor NEW VENDOR |
| City: Santa Cruz, CA | Zip: 95060  Phone: 345-8875 |

I, the offeror, make the following representation and offer to do the work described below in accordance with the following conditions.

**Work Description: Children's Surf Camp**

The offeror shall complete the service herein described or forfeit the right to claim any part of the compensation to which he/she would otherwise be entitled under his/her proposal.

| WORK DATES | TIMES | LOCATION |
|---|---|---|
| See Attached – Instructor Schedule Summary | Summer 2007 | Cowell's Beach |

It is agreed that the following shall be payment to offeror for work rendered hereunder, and that payment shall be made at the completion of class or activity as herein indicated: receipts to instructor, 80% of total class fee to the instructor: Per class hour: Minimum N/A  Maximum N/A

**Special Class Instructors:** Failure to appear for a class meeting without scheduling a substitute teacher or a make up class meeting will result in a fine equaling the payment of one class meeting plus 25% of the total amount agreed to be paid to the contractor for the entire course.

When compensation to offeror is based on gross receipts from the participants in the City recreational activity here involved, the following applies:

| # of participants per class | Minimum: 5 | Maximum: 10 |
|---|---|---|
| Total hours per session: 25 | Class Fee/session: $133.00 | Hourly Fee/person: N/A |

Other: Each class + $17.00 Administration Fee

Offeror shall be an independent contractor and the means by which he/she shall accomplish the performance of this work shall be under the sole control of the undersigned. In the performance of any contract resulting from the acceptance of this offer, the undersigned shall not be deemed to be an employee of the city.

Offeror shall supply and furnish all necessary work, labor and materials in carrying out this proposal. Other conditions – Material fee due in first class: N/A

Offeror hereby indemnifies and holds harmless and releases the City of Santa Cruz, its agents and employees, from any and all liability arising from or connected with his/her performance of this contract and assumes all risk for any injuries or damage resulting thereby.

SIGNATURE (OFFEROR) _Dylan Greiner (Santa Cruz Surf School)_   DATE: March 6, 2007

DEPARTMENT APPROVAL _[signature]_   DATE: 4/5/07



# Instructor Schedule Summary

Printed: 12-Feb-07, 03:41 PM
User: rachelc

Status: Active/Completed
Session: 2007 Summer Registration Session

Instructor: Staff, Santa Cruz Surf School
Supervisor: Culverwell, Rachel

## Staff, Santa Cruz Surf School

| Activity | Session | Year | Num | Starts | From | Until | Classes | Complex | Facility |
|---|---|---|---|---|---|---|---|---|---|
| SURFCAMP | SUMMER | 2007 | 001 | 25-Jun-07 | 11:00AM | 3:00PM | 5 | Cowell's Beach | Beach area |
| SURFCAMP | SUMMER | 2007 | 002 | 09-Jul-07 | 11:00AM | 3:00PM | 5 | Cowell's Beach | Beach area |
| SURFCAMP | SUMMER | 2007 | 003 | 23-Jul-07 | 11:00AM | 3:00PM | 5 | Cowell's Beach | Beach area |
| SURFCAMP | SUMMER | 2007 | 004 | 06-Aug-07 | 11:00AM | 3:00PM | 5 | Cowell's Beach | Beach area |
| SURFCAMP | SUMMER | 2007 | 005 | 13-Aug-07 | 11:00AM | 3:00PM | 5 | Cowell's Beach | Beach area |