```
1   KATE WELLS, SB# 107051
    2600 Fresno Street
2   Santa Cruz, California 95062
    Telephone: (831) 479-4475
3   Facsimile: (831) 479-4476
    Email Address: lioness@got.net
4
    DAVID K. MEYBERG, SB# 236636
5   223 Walnut Avenue, Suite D
    Santa Cruz, California 95060
6   Telephone: (831) 469-4509
    Facsimile: (831) 469-4509
7   Email Address: david_meyberg@hotmail.com

8   Attorney for Plaintiffs, DYLAN GREINER, individually and dba SANTA CRUZ SURF
    SCHOOL, ALIJAH K. CROWELL, DAVID M. AVARY
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**E-FILING CASE**

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>  Plaintiffs,<br><br>     vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, individually and dba CLUB ED; and DOES ONE THROUGH TEN,<br><br>     Defendants. | CASE NO. C07 02523 RS<br><br>**STIPULATION TO CONTINUE HEARING DATES AND TO EXTEND TIME FOR FILING PLEADINGS RELATING TO THE MOTION TO DISMISS FILED BY DEFENDANT CITY OF SANTA CRUZ; REQUEST FOR ORDER** |

The parties CITY OF SANTA CRUZ, OFFICER JOHN ALEXIOU, DANNETTEE SHOEMAKER, and CAROL SCURICH, and the plaintiffs, by and through their attorneys of record, hereby agree and stipulate to continue the dates for the hearing on the defendants' motion to dismiss and the case management conference and to extend the time for filing plaintiffs' response to the motion to dismiss and defendants' reply. The parties stipulate and agree to the following:

STIPULATION TO CONTINUE HEARING DATES
*Greiner, et al. v. City of Santa Cruz, et al.*   Case No. C07-2523-RS         1

1. The date for the hearing on the motion to dismiss is continued from November 28, 2007, to December 19, 2007;

2. The date for the Case Management Conference is continued from December 12, 2007, to January 9, 2008;

3. The last date for exchanging FRCP 26 disclosures is continued to January 2, 2008;

4. The last date for plaintiffs to file their response to the motion to dismiss is extended to November 26, 2007, before noon (12:00 p.m.); and

5. The last date for defendants to file their reply to plaintiffs' response to the motion to dismiss is extended to December 5, 2007.

Good cause exists for the continuance as set forth in the Declaration of Kate Wells below.

## DECLARATION OF KATE WELLS

I, KATE WELLS, declare:

1. I am the lead attorney of record for the plaintiffs in the above-referenced matter.

2. In the last two months I have lost two of my closest friends - one (Richard Quigley) was expected and the other was totally unexpected. As a result, I was unable to attend to my usual business due to planning and attending their funerals and due, as well, to the emotional upheaval their deaths have caused in my life. Furthermore, on Friday, November 2nd, I had oral surgery which made it impossible for me to work for several days.

I declare, under penalty of perjury under the laws of the state of California that the foregoing is true and correct of my own personal knowledge. Signed this 8th day of November, 2007, at Santa Cruz, California.

_____
KATE WELLS

STIPULATION TO CONTINUE HEARING DATES
*Greiner, et al. v. City of Santa Cruz, et al.*  Case No. C07-2523-RS                2

**IT IS SO STIPULATED**:

LAW OFFICES OF KATE WELLS

Dated: November 8, 2007        By: _____/s/_____
                                    KATE WELLS
                                    Attorney for Plaintiffs

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: November 8, 2007        By: _____/s/_____
                                    BARBARA CHOI, Attorneys for Defendants,
                                    CITY OF SANTA CRUZ, OFFICER JOHN
                                    ALEXIOU, DANETTEE SHOEMAKER, and
                                    CAROL SCURICH

## ORDER (BY STIPULATION)

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

1. The date for the hearing on the motion to dismiss is continued from November 28, 2007, to December 19, 2007;

2. The date for the Case Management Conference is continued from December 12, 2007, to January 9, 2008;

3. The last date for exchanging FRCP 26 disclosures is continued to January 2, 2008;

STIPULATION TO CONTINUE HEARING DATES
*Greiner, et al. v. City of Santa Cruz, et al.*   Case No. C07-2523-RS        3

1     4. The last date for plaintiffs to file their response to the motion to dismiss is
2 extended to November 26, 200, before noon (12:00 p.m.); and
3     5. The last date for defendants to file their reply to plaintiffs' response to the
4 motion to dismiss is extended to December 5, 2007.

7 Dated: _____

THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE HEARING DATES
*Greiner, et al. v. City of Santa Cruz, et al.*   Case No. C07-2523-RS          4