KATE WELLS, SB# 107051
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476
Email Address: lioness@got.net

*E-FILED 11/13/07*

DAVID K. MEYBERG, SB# 236636
223 Walnut Avenue, Suite D
Santa Cruz, California 95060
Telephone: (831) 469-4509
Facsimile: (831) 469-4509
Email Address: david_meyberg@hotmail.com

Attorney for Plaintiffs, DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL, ALIJAH K. CROWELL, DAVID M. AVARY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**E-FILING CASE**

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, CLUB ED, a California Corp.; and DOES ONE THROUGH TEN,<br><br>Defendants. | CASE NO. C07 02523 RS<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO DEFENDANTS ED GUZMAN AND CLUB ED; AND ORDER THEREON** |

Counsel for the plaintiffs and for defendants, ED GUZMAN and CLUB ED, submit the following stipulated order of dismissal with prejudice for the signature of the Honorable Magistrate Richard Seeborg to terminate the above-captioned lawsuit against only these defendants.

Plaintiffs, through their counsel, Kate Wells, agree to voluntarily dismiss with prejudice the above-captioned lawsuit against defendants, ED GUZMAN and CLUB ED.

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AS TO ED GUZMAN AND CLUB ED
*Greiner, et al. v. City of Santa Cruz, et al.*  Case No. C07-2523-RS     1

The dismissal is in exchange for a full and final settlement of plaintiff's claims against these defendants. Each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED**:

LAW OFFICES OF KATE WELLS

Dated: November 8, 2007          By:  _____/s/_____
                                      KATE WELLS
                                      Attorney for Plaintiffs

GRUNSKY, EBEY, FARRAR & HOWELL

Dated: November 8, 2007          By:  _____/s/_____
                                      REBECCA CONNOLLY
                                      Attorneys for Defendants, ED GUZMAN and
                                      CLUB ED

**ORDER (BY STIPULATION)**

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that the complaint and the claims therein against defendants Ed Guzman and Club Ed are dismissed with prejudice. Each party to bear their own attorney's fees and costs.

Dated: November 13, 2007          _____
                                  THE HONORABLE RICHARD SEEBORG
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AS TO ED GUZMAN AND CLUB ED
*Greiner, et al. v. City of Santa Cruz, et al.*   Case No. C07-2523-RS                    2