1  George J. Kovacevich, SBN 48125
   Barbara H. Choi, SBN 156088
2  **ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
   A Professional Corporation
3  333 Church Street
   Santa Cruz, California  95060
4  Telephone:  (831) 423-8383
   Facsimile:  (831) 423-9401
5
   Attorneys for Defendants
6  CITY OF SANTA CRUZ, JOHN ALEXIOU,
   DANNETTE SHOEMAKER, AND CAROL SCURICH
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  DYLAN GREINER, individually and dba       CASE NO. **C07-02523-RS**
    SANTA CRUZ SURF SCHOOL; ALIJAH K.
12  CROWELL; DAVID M. AVARY;                   ADDITIONAL REQUEST FOR JUDICIAL
                                               NOTICE IN SUPPORT OF CITY
13              Plaintiffs,                     DEFENDANTS' MOTION TO DISMISS

14         vs.                                 [Fed. R. Civ. P. 12(b)(6), 12(e), 8(a)]

15  CITY OF SANTA CRUZ; OFFICER JOHN           Date:  December 19, 2007
    ALEXIOU; DANETTEE SHOEMAKER;               Time:  9:30 a.m.
16  CAROL SCURICH; ED GUZMAN, CLUB             Courtroom: 4, Fifth Floor
    ED, a California Corporation; and DOES ONE
17  THROUGH TEN,                               Honorable Richard Seeborg

18              Defendants.

19

20

21        Defendants City of Santa Cruz, John Alexiou, Dannettee Shoemaker, and Carol Scurich,

22  request that the Court take judicial notice of the additional attached documents listed below in

23  support of City Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. These

24  documents fall within the following categories of documents for which the Court may judicially

25  notice under Federal Rule of Evidence 201.  Further, the Ninth Circuit has consistently held that

26  a Court can take judicial notice of matters of public record outside of the pleadings, including,

27  but not limited to documents filed in another lawsuit, on a motion to dismiss. *See, e.g., Parrino*

28  *v. FHP, Inc.,* 146 F.3d 699, 706 (9th Cir. 1998) ("We therefore hold that a district court ruling on

ADDITIONAL REQUEST FOR JUDICIAL NOTICE BY CITY DEFENDANTS                        Page 1

a motion to dismiss may consider a document the authenticity of which is not contested, and

upon which the plaintiff's complaint necessarily relies."); *MGIC Indem. Corp v. Weisman*, 803

F.2d 500, 504 (9th Cir. 1986) ("On a motion to dismiss, we may take judicial notice of matters of

public record outside the pleadings."):

Exhibit I: A true and correct copy of letter from David Meyber to Dannette Shoemaker, dated September 7, 2005.

Exhibit J:  A true and correct copy of the Remittur and Minute Order in *People v. Crowell,* Santa Cruz County Superior Court Case No. 5SZ102332, Appellate Court Case No. AP001400.

ATCHISON, BARISONE, CONDOTTI &
KOVACEVICH

Dated:  December 5, 2007          By: _____/S/_____
                                            Barbara H. Choi
                                            Attorney for Defendants

CITY OF SANTA CRUZ,
JOHN ALEXIOU, DANNETTE SHOEMAKER,
AND CAROL SCURICH