REC'D SEP 1 2 REC'D

David K. Meyberg, Esq.
223 Walnut Ave., Suite D
Santa Cruz, CA 95060

September 7, 2005

City of Santa Cruz
Dannettee Shoemaker, Director Parks and Recreation Department
323 Church Street
Santa Cruz, CA 95060

RE: Complaint against City Employee John Alexiou

Dannettee:

I was informed by the City of Santa Cruz Risk Manager there is no formal written complaint form so I am submitting this complaint directly to you on behalf of my Client, Dylan Greiner, owner of Santa Cruz Surf School. During the past couple months, Dylan and several employees of this duly licensed business assert they have been harassed by the City of Santa Cruz Beach Lifeguard Service employees. Specifically, the incidents described below occurred on the Fourth of July and on or about the sixth of August of this year. City Lifeguard, John Alexiou, holding the title "Santa Cruz Marine Safety Chief" has actively prevented Dylan, his employees and customers from accessing the ocean via Cowell's Beach. At least one other lifeguard's conduct is at issue who appears to have been acting at the directions of John, or another City employee.

These lifeguards, informed my client Dylan and his employees and customers that they are not allowed to cross over Cowell's Beach, which is otherwise open to the public. This discriminatory conduct was met with a demand for proof by my client. City Code Section 13 was cited as the basis but that code section does not appear support said discrimination. After my client was forced to cancel an instructional course and incur monetary losses and after another employee was harassed on a separate occasion, an attempt to file a harassment complaint with the City of Santa Cruz Police Department was made. The City Police officer refused to take a report and with knowledge of the incident, cited City Code Section 13 as the lifeguards' basis to discriminate.

I would like to know where in City Code Section 13 the City believes it has language to support this intentional discrimination. I have read over that code section several times and do not find any such lawful basis. Moreover, to my knowledge, the location of this

discrimination is the most traditional, longest standing, public surfer's beach in the entire United States. The City's discriminatoy conduct flies in the face of the longest standing surfing tradition in the State of California whereby surfers access the ocean via the beach, commonly known as Cowell's Beach. There also exists state law that guarantees the public access to public beaches (free from discrimination) and there also exists rights to all people by public easement to use of the beach below the mean high-tide mark.

Please let me know who and under what authority the City of Santa Cruz has directed the City Lifeguard Service to employ the current discriminatory conduct against my client. If no tangible documentation or other memo exists, please direct the City Attorney to provide a written response to my legal challenge of the City's conduct.

I look forward to your and/or the City Attorney's reply.

Kind Regards,

David K. Meyberg
Attorney at Law