SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ
APPELLATE DIVISION

| | |
|---|---|
| PEOPLE,<br>       Plaintiff,<br>vs.<br>ELIJAH CROWELL,<br>       Defendant | Traffic Case No.: 5SZ102332<br><br>Appellate Case No: AP001400 |

## REMITTITUR

I, Alex Calvo, Clerk of the Appellate Division of the Superior Court of California, Court of Santa Cruz, do hereby certify that the attached is a true and correct copy of the original opinion or decision entered in the above-entitled cause on AUGUST 17, 2006 and that this opinion or decision has now become final.

Date: SEP - 5 2006

WITNESS my hand and the seal of the Court affixed at my office

Alex Calvo, Clerk

By _____
Deputy Clerk  KAREN BROUGHTON

Returned with this remittitur:

File XXXXXX          Exhibits _____          Other _____

Remittitur Traffic

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ | CASE NUMBER AP001400 |
|---|---|

DATE: 08/17/06                                        DEPARTMENT: APP

CASE NAME: PEOPLE V ELIJAH CROWELL

PROCEEDING: HEARING RE APPEAL

HONORABLE Judge Robert B. Yonts, Jr., Judge Robert B. Atack and Judge Samuel S. Stevens, presiding
CLERK: Bret Morrow
REPORTER: No Reporter

APPEARANCES:
 David Meyberg, Esq., Counsel appearing with ELIJAH CROWELL
 Jeffrey Barnes, Esq., Counsel appearing for PEOPLE OF THE STATE OF CALIFORNIA

The case is regularly called for hearing.

The Court advises of its tentative ruling.

Counsel address(es) the issues now before the Court.

RULING:
Lower Court judgment is reversed.

========== MINUTE ORDER END/BM ==========
          Case No. AP001400

I hereby certify the foregoing instrument is a correct copy of the original on file in this office.
DATED SEP - 5 2006
ALEX CALVO, CLERK
By_____ Deputy