AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

E-FILING

2007 DEC 19 A 11:04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

**SUMMONS IN A CIVIL CASE**

DYLAN GREINER INDIVIDUALLY AND dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY

V.

CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, INDIVIDUALLY AND dba CLUB ED; AND DOES 1-10.

CASE NUMBER:

**C07 02523 RS**

TO: (Name and address of defendant)

SEE ATTACHED LIST

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATE WELLS
2600 FRESNO STREET
SANTA CRUZ, CA 95062

DAVID K. MEYBERG
223 WALNUT AVENUE, SUITE D
SANTA CRUZ, CA 95060

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Richard W. Wieking_    MAY 11 2007

CLERK                              DATE

_Gita F. Escala_
(BY) DEPUTY CLERK

**ATTACHMENT TO SUMMONS**

*Greiner et al. v. City of Santa Cruz, et al.*

CITY OF SANTA CRUZ
809 Center Street
Santa Cruz, CA 95060

OFFICER JOHN ALEXIOU
c/o City of Santa Cruz
809 Center Street
Santa Cruz, CA 95060

DANETTEE SHOEMAKER
c/o Santa Cruz Parks and Recreation
323 Church Street
Santa Cruz, CA 95060

CAROL SCURICH
c/o Santa Cruz Parks and Recreation
323 Church Street
Santa Cruz, CA 95060

JOHN BARISONE
333 Church Street
Santa Cruz, CA 95060

ED GUZMAN/CLUB ED
2350 Paul Minnie Road
Santa Cruz, CA 95062

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 7/9/07

NAME OF SERVER (PRINT): Kim Walters

TITLE:

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Danettee Shoemaker 323 Church Street at 4:25pm

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 9, 2007
Date

Signature of Server: Kim Walters

Address of Server: 4410 Tippecanoe Ter. Ashburn, VA 20147

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7/09/07 |
|---|---|
| NAME OF SERVER (PRINT) Elenna Silva | TITLE |

Check one box below to indicate appropriate method of service

City of Santa Cruz

☑ Served personally upon the defendant. Place where served: Gave copy of complaint to Administrative Assistant Rosemary Batsley at 4:30 pm.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/09/07
            Date                         Signature of Server

160 Alta St, Santa Cruz, CA 95060
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7/9/07 |
| NAME OF SERVER (PRINT) Kim Walters | TITLE |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Carol Scurich 323 Church Street at 4:25pm

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 9, 2007
Date

Signature of Server: Kim C Walters

Address of Server: 44110 Tippecanoe Ter. Ashburn, VA 20147

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.