UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**Magistrate Judge Richard Seeborg, Presiding**
Courtroom 4 - 5th Floor

## Civil Minute Order

Date: December 19, 2007                                    Time in Court: 28 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:** Dylan Greiner, et. al. v. City of Santa Cruz, et. al.
**CASE NUMBER**: C07-02523RS
Plaintiff Attorney present: Kate Wells and David Meyberg
Defendant Attorney present: Barbara Choi

---

**PROCEEDINGS: Defendant's Motion to Dismiss**


Counsel present arguments.  Matter is taken under submission.  Court to issue written ruling.