George J. Kovacevich, SBN 48125
Barbara H. Choi, SBN 156088
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, California 95060
Telephone: (831) 423-8383
Facsimile: (831) 423-9401

Attorneys for Defendants
CITY OF SANTA CRUZ, JOHN ALEXIOU,
DANNETTEE SHOEMAKER AND CAROL SCURICH

*E-FILED 1/8/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY;

Plaintiffs,

vs.

CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; ED GUZMAN, CLUB ED, a California Corporation; and DOES ONE THROUGH TEN,

Defendants.

CASE NO. **C07-02523-RS**

STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE and DATE OF INITIAL DISCLOSURES;
[~~Proposed~~] ORDER
MODIFIED BY THE COURT

[USDC Local Rule 6-2]

Honorable Richard Seeborg

Courtroom 4, Fifth Floor

The undersigned parties hereby stipulate to continue the existing dates for the Case Management Conference and for exchanging Initial Disclosures. The parties recently attended a hearing on a motion to dismiss plaintiffs' first amended complaint filed by defendants City of Santa Cruz, John Alexiou, Dannettee Shoemaker and Carol Scurich. The Court's ruling on the motion is currently pending. As such, the dates for the Case Management Conference currently set for Wednesday, January 9, 2008, and Initial Disclosures due by January 2, 2008, are premature. Good cause exists for continuing the above dates until after the court has ruled on the pending motion to dismiss, which may result in disposing of some, if not all, of the legal claims

raised in the first amended complaint.

The parties thus now stipulate and agree to a continuance of the Case Management Conference and Exchange of Initial Disclosures for 60 days to March 5, 2007.

IT IS SO STIPULATED.

LAW OFFICES OF KATE WELLS

Dated: January 8, 2008

By: _____________/S/____________________
KATE WELLS
Attorneys for Plaintiffs

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: January 8, 2008

By: _____________/S/____________________
BARBARA H. CHOI
Attorneys for Defendants
CITY OF SANTA CRUZ, JOHN ALEXIOU, DANNETTEE SHOEMAKER, CAROL SCURICH

I, Barbara H. Choi, hereby attest that the faxed signature of Kate Wells is affixed to the original of this document and that said original document is located in the Offices of Atchison, Barisone, Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA 95060.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: January 8, 2008

By: _____________/S/____________________
BARBARA H. CHOI

///

///

///

///

///

**ORDER**

Good cause appearing and pursuant to stipulation, it is hereby ordered that the Case Management Conference is continued from January 9, 2008 to March 19, 2008 at 2:30 p.m. The date for the parties to exchange their initial disclosures shall also be continued from January 2, 2008 to March 5, 2008.

Dated: January 8, 2008

______________________________
Honorable Richard Seeborg
United States Magistrate Judge