UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time: 10 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: <u>  NOT REPORTED  </u>     DATE: <u>     3/19/08     </u>
COURTROOM DEPUTY: <u>  MARTHA PARKER BROWN  </u>
                                           CASE #: <u>   C 07-02523RS   </u>

CASE TITLE: <u>   DYLAN GREINER, ET AL   </u>   VS.   <u>   CITY OF SANTA CRUZ, ET AL   </u>

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

<u>  KATE WELLS                  </u>       <u>  BARBARA CHOI                </u>

<u>  DAVID K. MEYBERG             </u>

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC   { } MOTIONS LISTED BELOW:

<u>Pltf.</u>  <u>Deft.</u>  <u>Cross Mot.</u>
{ }   { }   { }   1.<u>                                    </u>
{ }   { }   { }   2.<u>                                    </u>
{ }   { }   { }   3.<u>                                    </u>
{ }   { }   { }   4.<u>                                    </u>

<u>DISPOSITION of TODAY'S PROCEEDINGS</u>

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED       [   ] DENIED        [   ] SUBMITTED      [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  {  } Cont'd to:                @                For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:

<u>  CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER          </u>

HOURS IN SETTLEMENT:<u>         </u>       Copies to:<u>         </u>  <u>         </u>  <u>         </u>