1  KATE WELLS, SBN 107051
   2600 Fresno Street
2  Santa Cruz, California 95062
   Telephone: (831) 479-4475
3  Facsimile: (831) 479-4476
   Email Address: lioness@got.net
4
   DAVID K. MEYBERG, SBN 236636
5  223 Walnut Avenue, Suite D
   Santa Cruz, California 95060
6  Telephone: (831) 469-4509
   Facsimile: (831) 469-4509
7  Email Address: david_meyberg@hotmail.com

8  Attorneys for Plaintiffs, DYLAN GREINER, individually and dba SANTA CRUZ SURF
   SCHOOL, ALIJAH K. CROWELL, DAVID M. AVARY
9
   George J. Kovacevich, SBN 48125
10 Barbara H. Choi, SBN 156088
   ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
11 A Professional Corporation
   333 Church Street
12 Santa Cruz, California 95060
   Telephone: 831-423-8383
13 Facsimile: 831-423-9401
   Email: bchoi@abc-law.com
14
   Attorneys for Defendants, CITY OF SANTA CRUZ, JOHN ALEXIOU, DANATEE
15 SHOEMAKER and CAROL SCURICH.

16                   **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18                                         **E-FILING CASE**

19
   DYLAN GREINER, individually and      ) **CASE NO.  C07 02523 RS**
20 dba SANTA CRUZ SURF SCHOOL;          )
   ALIJAH K. CROWELL;  DAVID M.         )
21 AVARY;                               ) **STIPULATION TO CONTINUE**
                                        ) **DATES FOR CMC AND OTHER**
22  Plaintiffs,                         ) **PRE-TRIAL DEADLINES**
                                        ) **REQUEST FOR ORDER**
23          vs.                         )
                                        )
24 CITY OF SANTA CRUZ; OFFICER          )
   JOHN ALEXIOU; DANETTEE               )
25 SHOEMAKER; CAROL SCURICH;            )
   JOHN BARISONE; ED GUZMAN,            )
26 individually and dba CLUB ED; and    )
   DOES ONE THROUGH TEN,                )
27                                      )
        Defendants.                     )
28 _____ )

1       The parties, Defendants CITY OF SANTA CRUZ, OFFICER JOHN ALEXIOU,

2   DANNETTEE SHOEMAKER, and CAROL SCURICH, and Plaintiffs, DYLAN GREINER,

3   individually and dba SANTA CRUZ SURF SCHOOL, ALIJAH K. CROWELL, DAVID M.

4   AVARY, by and through their attorneys of record, hereby agree and stipulate to continue

5   the dates for the Case Management Conference and other pretrial dates as follows:

6       1.  The date for the Case Management Conference is continued from September

7   24, 2008, to December 10, 2008.   An updated joint case management conference

8   statement shall be filed no later than December 3, 2008;

9       2.  The date for the completion of all non-expert discovery is continued from

10  September 30, 2008, to December 3, 2008;

11      3.  The last date for plaintiffs to disclose expert testimony and reports is continued

12  from September 15, 2008 to November 26, 2008;

13      4.   The last date for defendants to disclose expert testimony and reports is

14  continued from September 30, 2008 to December 3, 2008;

15      5.  The deadline for all discovery of expert witnesses is continued from October

16  24, 2008, to January 4, 2008;

17      6.  The deadline for hearing of all pretrial motions is continued from January 28,

18  2009, to March 28, 2009.

19      All other dates, including the date for pretrial statements (June 15, 2009), pretrial

20  conference (June 24, 2009) and trial (July 6, 2009) will remain unchanged.

21      Good cause exists for the requested continuances in that the parties have had

22  scheduling conflicts that have interfered with their ability to meet the deadlines as they

23  were previously set by the court.  The parties have been continuing discussions in good

24  faith and need the additional time to complete discovery in order to facilitate any

25  possibility of settling the case short of trial.  Additionally, the requested continuance of

26  the dates and deadlines will not interfere with the trial date as scheduled.

27  ///

28  ///

**IT IS SO STIPULATED**:

LAW OFFICES OF KATE WELLS

Dated: August 8, 2008          By: _____/s/_____
                                        KATE WELLS
                                     Attorney for Plaintiffs

ATCHISON, BARISONE, CONDOTTI &
KOVACEVICH

Dated: August 8, 2008          By: _____/s/_____
                                     BARBARA CHOI, Attorneys for Defendants,
                                     CITY OF SANTA CRUZ, OFFICER JOHN
                                     ALEXIOU, DANETTEE SHOEMAKER, and
                                     CAROL SCURICH

## <u>ORDER (BY STIPULATION)</u>

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

1.  The date for the Case Management Conference is continued from September 24, 2008, to December 10, 2008.   An updated joint case management conference statement shall be filed no later than December 3, 2008;

2.  The date for the completion of all non-expert discovery is continued from September 30, 2008, to December 3, 2008;

3.  The last date for plaintiffs to disclose expert testimony and reports is continued from September 15, 2008, to November 26, 2008;

1        4.   The last date for defendants to disclose expert testimony and reports is

2    continued from September 30, 2008 to December 3, 2008;

3        5.   The deadline for all discovery of expert witnesses is continued from October

4    24, 2008, to January 4, 2008;

5        6.   The deadline for hearing of all pretrial motions is continued from January 28,

6    2009, to March 28, 2009.

7        All other dates will remain the same as previously scheduled

8

9

10

11

12   Dated: _____

13                            THE HONORABLE RICHARD SEEBORG
                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28