KATE WELLS, SBN 107051
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476
Email Address: lioness@got.net

*E-FILED 8/19/08*

DAVID K. MEYBERG, SBN 236636
223 Walnut Avenue, Suite D
Santa Cruz, California 95060
Telephone: (831) 469-4509
Facsimile: (831) 469-4509
Email Address: david_meyberg@hotmail.com

Attorneys for Plaintiffs, DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL, ALIJAH K. CROWELL, DAVID M. AVARY

George J. Kovacevich, SBN 48125
Barbara H. Choi, SBN 156088
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
A Professional Corporation
333 Church Street
Santa Cruz, California 95060
Telephone: 831-423-8383
Facsimile: 831-423-9401
Email: bchoi@abc-law.com

Attorneys for Defendants, CITY OF SANTA CRUZ, JOHN ALEXIOU, DANATEE SHOEMAKER and CAROL SCURICH.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**E-FILING CASE**

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; ALIJAH K. CROWELL; DAVID M. AVARY; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, individually and dba CLUB ED; and DOES ONE THROUGH TEN, <br><br> Defendants. | **CASE NO. C07 02523 RS** <br><br> **STIPULATION TO CONTINUE DATES FOR CMC AND OTHER PRE-TRIAL DEADLINES** <br><br> **REQUEST FOR ORDER** |

1   The parties, Defendants CITY OF SANTA CRUZ, OFFICER JOHN ALEXIOU,
2   DANNETTEE SHOEMAKER, and CAROL SCURICH, and Plaintiffs, DYLAN GREINER,
3   individually and dba SANTA CRUZ SURF SCHOOL, ALIJAH K. CROWELL, DAVID M.
4   AVARY, by and through their attorneys of record, hereby agree and stipulate to continue
5   the dates for the Case Management Conference and other pretrial dates as follows:
6       1. The date for the Case Management Conference is continued from September
7   24, 2008, to December 10, 2008.   An updated joint case management conference
8   statement shall be filed no later than December 3, 2008;
9       2. The date for the completion of all non-expert discovery is continued from
10  September 30, 2008, to December 3, 2008;
11      3. The last date for plaintiffs to disclose expert testimony and reports is continued
12  from September 15, 2008 to November 26, 2008;
13      4.  The last date for defendants to disclose expert testimony and reports is
14  continued from September 30, 2008 to December 3, 2008;
15      5. The deadline for all discovery of expert witnesses is continued from October
16  24, 2008, to January 4, 2008;
17      6. The deadline for hearing of all pretrial motions is continued from January 28,
18  2009, to March 28, 2009.
19      All other dates, including the date for pretrial statements (June 15, 2009), pretrial
20  conference (June 24, 2009) and trial (July 6, 2009) will remain unchanged.
21      Good cause exists for the requested continuances in that the parties have had
22  scheduling conflicts that have interfered with their ability to meet the deadlines as they
23  were previously set by the court.  The parties have been continuing discussions in good
24  faith and need the additional time to complete discovery in order to facilitate any
25  possibility of settling the case short of trial.  Additionally, the requested continuance of
26  the dates and deadlines will not interfere with the trial date as scheduled.
27  ///
28  ///

STIPULATION TO CONTINUE DATE FOR CMC AND OTHER DEADLINES
*Greiner, et al. v. City of Santa Cruz, et al.*   Case No. C07-2523-RS                    2

**IT IS SO STIPULATED**:

                                      LAW OFFICES OF KATE WELLS

Dated: August 8, 2008           By: _____/s/_____
                                         KATE WELLS
                                         Attorney for Plaintiffs

                                    ATCHISON, BARISONE, CONDOTTI &
                                    KOVACEVICH

Dated: August 8, 2008           By: _____/s/_____
                                   BARBARA CHOI, Attorneys for Defendants,
                                    CITY OF SANTA CRUZ, OFFICER JOHN
                                    ALEXIOU, DANETTEE SHOEMAKER, and
                                    CAROL SCURICH

## **ORDER (BY STIPULATION)**

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

1. The date for the Case Management Conference is continued from September 24, 2008, to December 10, 2008.  An updated joint case management conference statement shall be filed no later than December 3, 2008;

2. The date for the completion of all non-expert discovery is continued from September 30, 2008, to December 3, 2008;

3. The last date for plaintiffs to disclose expert testimony and reports is continued from September 15, 2008, to November 26, 2008;

STIPULATION TO CONTINUE DATE FOR CMC AND OTHER DEADLINES
*Greiner,et al. v. City of Santa Cruz, et al.*   Case No. C07-2523-RS      3

1     4.  The last date for defendants to disclose expert testimony and reports is
2  continued from September 30, 2008 to December 3, 2008;
3     5.  The deadline for all discovery of expert witnesses is continued from October
4  24, 2008, to January 4, 2008;
5     6.  The deadline for hearing of all pretrial motions is continued from January 28,
6  2009, to March 28, 2009.
7     All other dates will remain the same as previously scheduled

12  Dated:  8/19/08

THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE DATE FOR CMC AND OTHER DEADLINES
*Greiner, et al. v. City of Santa Cruz, et al.*   Case No. C07-2523-RS          4