KATE WELLS, SBN 107051
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476
Email Address: lioness@got.net

DAVID K. MEYBERG, SBN 236636
223 Walnut Avenue, Suite D
Santa Cruz, California 95060
Telephone: (831) 469-4509
Facsimile: (831) 469-4509
Email Address: david_meyberg@hotmail.com

Attorneys for Plaintiffs, DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL, DAVID M. AVARY

George J. Kovacevich, SBN 48125
Barbara H. Choi, SBN 156088
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
A Professional Corporation
333 Church Street
Santa Cruz, California 95060
Telephone: 831-423-8383
Facsimile: 831-423-9401
Email: bchoi@abc-law.com

Attorneys for Defendants, CITY OF SANTA CRUZ, JOHN ALEXIOU, DANATEE SHOEMAKER and CAROL SCURICH.

*E-FILED 11/10/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**E-FILING CASE**

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; DAVID M. AVARY,<br><br>   Plaintiffs,<br><br>       vs.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; JOHN BARISONE; ED GUZMAN, individually and dba CLUB ED; and DOES ONE THROUGH TEN,<br><br>       Defendants. | **CASE NO. C07 02523 RS**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DISCOVERY**<br><br>**ORDER** |

STIPULATION TO EXTEND DEADLINE FOR DISCOVERY
*Greiner, et al. v. City of Santa Cruz, et al.*   Case No. C07-2523-RS                      1

1   The parties, Defendants CITY OF SANTA CRUZ, OFFICER JOHN ALEXIOU,
2   DANNETTEE SHOEMAKER, and CAROL SCURICH, and Plaintiffs, DYLAN GREINER,
3   individually and dba SANTA CRUZ SURF SCHOOL, DAVID M. AVARY, by and through
4   their attorneys of record, hereby agree and stipulate to extend the deadline for all non-
5   expert discovery from December 3, 2008, to December 19, 2008. All other pretrial and
6   trial dates remain the same.

7   Good cause exists for the requested continuances in that the parties have had
8   continuing scheduling conflicts that have interfered with their ability to meet the
9   deadlines as they were previously set by stipulation. The parties have been continuing
10  discussions in good faith and need the additional time to complete discovery in order to
11  facilitate any possibility of settling the case short of trial. Additionally, the requested
12  continuance of the dates and deadlines will not interfere with the trial date as scheduled.

**IT IS SO STIPULATED**:

LAW OFFICES OF KATE WELLS

Dated: November 10, 2008    By:          /s/
                                      KATE WELLS
                                      Attorney for Plaintiffs

ATCHISON, BARISONE, CONDOTTI &
KOVACEVICH

Dated: November 10, 2008    By:          /s/
                                      BARBARA CHOI, Attorneys for Defendants,
                                      CITY OF SANTA CRUZ, OFFICER JOHN
                                      ALEXIOU, DANETTEE SHOEMAKER, and
                                      CAROL SCURICH

**ORDER (BY STIPULATION)**

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

The date for the completion of all non-expert discovery is continued from December 3, 2008 to December 19, 2008.

All other dates will remain the same as previously scheduled.

Dated:  11/10/08    _____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE