**\*E-FILED 12/4/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, et al., | No. C 07-02523 RS |
| Plaintiffs, | |
| v. | ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |
| CITY OF SANTA CRUZ, et al., | |
| Defendants. | |

Based upon the Court's review of the Joint Case Management Conference Statement submitted by the parties, the further case management conference set for December 10, 2008 is VACATED.  A further case management conference shall be held on **March 11, 2009 at 2:30 p.m.** An updated joint case management conference statement shall be filed no later than March 4, 2009.

This case is referred to **Magistrate Judge Howard R. Lloyd** for a settlement conference to be completed with ninety (90) days**,** according to his availability.  Counsel are to contact the settlement judge's clerk, Patricia Cromwell, at 408/535-5365, for scheduling and settlement conference requirements

**IT IS SO ORDERED.**

DATED:     December 4, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

David Karl Meyberg    david_meyberg@hotmail.com

George J. Kovacevich    szieber@abc-law.com

Jeffrey Edward Barnes    szieber@abc-law.com

Kate Wells    lioness@got.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 4, 2008

                              /s/ BAK
                              Chambers of Magistrate Judge Richard Seeborg