1  Kate Wells, SBN 107051
   2600 Fresno Street
2  Santa Cruz, CA  95062
   Telephone:  (831) 479-4475
3  Facsimile:  (831) 479-4476
   Email:  lioness@got.net
4
   David K. Meyberg, SBN 236636
5  223 Walnut Avenue, Suite D
   Santa Cruz, CA  95060
6  Telephone:  (831) 469-4509
   Facsimile:  (831) 469-4509
7  Email:  david_meyberg@hotmail.com

8  Attorneys for Plaintiffs
   DYLAN GREINER, individually and dba SANTA CRUZ
9  SURF SCHOOL and DAVID M. AVARY

10 George J. Kovacevich, SBN 48125
   Barbara H. Choi, SBN 156088
11 ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
   A Professional Corporation
12 333 Church Street
   Santa Cruz, CA 95060
13 Telephone:    (831) 423-8383
   Facsimile:    (831) 423-9401
14 Email:  bchoi@abc-law.com

15 Attorneys for Defendants
   CITY OF SANTA CRUZ, JOHN ALEXIOU,
16 DANNETTEE SHOEMAKER, and CAROL SCURICH

17

18                     UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20

21 DYLAN GREINER, individually and dba        **E-FILED CASE**
   SANTA CRUZ SURF SCHOOL, et al.,
22                                            **CASE NO. C07-02523-RS**
            Plaintiffs,
23                                            **STIPULATION TO EXTEND MOTION
        vs.                                   HEARING CUT-OFF AND TIME TO FILE
24                                            MOTION TO COMPEL DISCOVERY
   CITY OF SANTA CRUZ, et al.,                AND ORDER**
25                                            **Courtroom      4, 5th Floor**
            Defendants.
26

27

28 ///

-1-

STIPULATION TO EXTEND MOTION HEARING CUT-OFF
AND TIME TO FILE MOTION TO COMPEL DISCOVERY

1         Plaintiffs Dylan Greiner, individually and dba Santa Cruz Surf School, and David M. Avary, and

2 Defendants City of Santa Cruz, John Alexiou, Dannettee Shoemaker, and Carol Scurich, parties to the

3 above-entitled action by and through their attorneys of record, hereby agree and stipulate to continue

4 the motion hearing cut-off, which is currently set for March 28, 2009, to May 6, 2009.  The parties

5 stipulate to the following briefing schedule for the motions:

6         March 25, 2009                   Motion Filing Due Date

7         April 13, 2009 by 10:00 am.

8         (via personal service or email)       Opposition Brief Due Date

9         April 22, 2009                   Reply Due Date

10         May 6, 2009                    Motion Hearing Date

11         Good cause exists for the requested continuance, in that the parties have scheduled a settlement

12 conference for February 19, 2009.  Based on the current motion hearing cut-off, any motions would

13 have to be filed a day before the settlement conference date, on February 18, 2009, interfering with the

14 purpose of the settlement conference.  Judicial economy and case efficiency is also furthered by this

15 short continuance.  Additionally, the requested continuance of the motion cut-off will not interfere with

16 the trial date of July 6, 2009 or any pretrial dates as scheduled.

17         Additionally, the parties stipulate to extend the time to file a motion to compel discovery to

18 February 11, 2009.  The parties have observed the discovery cut-off of December 19, 2008.  Currently,

19 there are no discovery disputes.  But the parties are in the process of completing responses to

20 outstanding discovery, exchanging further documents responsive to discovery requests, and awaiting

21 further responsive documents which are not yet available from third party sources. The parties thus seek

22 an order extending the time to file a motion to compel discovery to allow the parties an opportunity to:

23 1) review the outstanding discovery responses and documents, 2) meet and confer meaningfully on any

24 potential discovery disputes, 3) and allow the parties to seek court intervention should the parties not be

25 able to informally resolve any discovery disputes.  Good cause compels granting this request for a short

26 extension. Allowing the parties to extend the time to file a motion to compel discovery to February 11,

27 2009 avoids prejudice to the parties and furthers case efficiency in that any discovery disputes will have

28 to be heard and resolved soon and prior to the filing of any dispositive motion.

STIPULATION TO EXTEND MOTION HEARING CUT-OFF
AND TIME TO FILE MOTION TO COMPEL DISCOVERY

1  **IT IS SO STIPULATED:**

2                                          Respectfully submitted,

3                                          LAW OFFICE OF KATE WELLS

4

5  Dated:  January 12, 2009        By:    _____/S/_____

   KATE WELLS

6                                          Attorney for Plaintiffs DYLAN GREINER,
                                          DAVID M. AVARY

7

8

9

10                                         ATCHISON, BARISONE, CONDOTTI &
                                          KOVACEVICH

11

12  Dated:  January 7, 2009        By:    _____/S/_____

   BARBARA H. CHOI

13                                         Attorneys for Defendants
                                          CITY OF SANTA CRUZ, JOHN ALEXIOU,

14                                         DANNETTEE SHOEMAKER, CAROL SCURICH

15

16                                         **ORDER**

17

18        GOOD CAUSE APPEARING THEREFOR and based on the parties' stipulation, it is hereby

19  ordered that the motion hearing cut-off date is continued from March 28, 2009 to May 6, 2009.  All

20  other dates will remain the same as previously scheduled.  In addition, the Court orders the following

21  motion briefing schedule based on the parties' stipulation:

22        March 25, 2009                Motion Filing Due Date

23        April 13, 2009 by 10:00 am.

24        (via personal service or email)    Opposition Brief Due Date

25        April 22, 2009                Reply Due Date

26        May 6, 2009                   Motion Hearing Date

27  ///

28  ///

STIPULATION TO EXTEND MOTION HEARING CUT-OFF
AND TIME TO FILE MOTION TO COMPEL DISCOVERY

1    It is further ordered that the time to file a motion to compel discovery is extended to February 11,

2  2009.

3  Dated: _____January 13, 2009_____    _____

HONORABLE RICHARD SEEBORG
4                                      UNITED STATES MAGISTRATE JUDGE

5

6    I, Barbara H. Choi, hereby attest that the faxed signature of Kate Wells is affixed to the original

7  of this document and that said original document is located in the Offices of Atchison, Barisone,

8  Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA  95060.

9

10                                   ATCHISON, BARISONE, CONDOTTI &
                                     KOVACEVICH
11

12  Dated:  January 12, 2009          By:    _____/S/_____
                                             BARBARA H. CHOI
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND MOTION HEARING CUT-OFF
AND TIME TO FILE MOTION TO COMPEL DISCOVERY