*E-FILED 6/15/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, individually and d/b/a SANTA CRUZ SURF SCHOOL; and DAVID M. AVARY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; and CAROL SCURICH,<br><br>Defendants._____/ | Case No. 5:07 CV 2523 RS<br><br>ORDER VACATING TRIAL DATES AND SETTING STATUS CONFERENCE |

IT IS HEREBY ORDERED THAT the trial in this case, currently scheduled to begin July 6, 2009, is hereby continued until a date to be determined by the Court. All related pre-trial dates are vacated and will be re-scheduled.

There will be a status conference on **June 24, 2009, at 2:30 p.m.**, in Courtroom 4, 5th Floor, U.S. Courthouse, 280 South First Street, San Jose, California.

IT IS SO ORDERED.

DATED:     6/15/09

RICHARD SEEBORG
United States Magistrate Judge