**E-Filed 1/13/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYLAN GREINER, et al., | No. C 07-2523 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF SANTA CRUZ, et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 24, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 3, 2010, at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: January 13, 2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE