*E-Filed 02/12/2010*

1  KATE WELLS, SB# 107051
   2600 Fresno Street
2  Santa Cruz, California 95062
   Telephone: (831) 479-4475
3  Facsimile: (831) 479-4476
   Email Address: lioness@got.net
4
   DAVID K. MEYBERG, SB# 236636
5  223 Walnut Avenue, Suite D
   Santa Cruz, California 95060
6  Telephone: (831) 469-4509
   Facsimile: (831) 469-4509
7  Email Address: david_meyberg@hotmail.com

8  Attorney for Plaintiffs, DYLAN GREINER, individually and dba SANTA CRUZ SURF
   SCHOOL, ELIJAH K. CROWELL, DAVID M. AVARY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**E-FILED CASE**

| | |
|---|---|
| DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL; DAVID M. AVARY, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA CRUZ; OFFICER JOHN ALEXIOU; DANETTEE SHOEMAKER; CAROL SCURICH; and DOES ONE THROUGH TEN, <br><br> Defendants. | CASE NO. C07 02523 RS <br><br> **DISMISSAL BY STIPULATION; REQUEST FOR ORDER** |

Counsel for the plaintiffs and defendants submit the following stipulated order of dismissal with prejudice for the signature of the Honorable Richard Seeborg to terminate the above-captioned lawsuit:

Plaintiffs Dylan Greiner, individually and dba Santa Cruz Surf School and David M. Avary, through their counsels of record, Kate Wells and David Meyberg, agree to voluntarily dismiss with prejudice the above-captioned lawsuit against defendants City of

DISMISSAL BY STIPULATION; REQUEST FOR ORDER
*Greiner, et al. v. City of Santa Cruz, et al.* Case No. C07-02523 RS                     1

Santa Cruz, Officer John Alexiou, Danettee Shoemaker, and Carol Scurich. The dismissal is in exchange for a full and final settlement of plaintiffs' claims against the defendants.

IT IS SO STIPULATED.

Dated: February 3, 2010  /s/
KATE WELLS
Attorney for Plaintiffs, DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL, DAVID M. AVARY

Dated: February 3, 2010  /s/
DAVID K. MEYBERG
Attorney for Plaintiffs, DYLAN GREINER, individually and dba SANTA CRUZ SURF SCHOOL, DAVID M. AVARY

LAW OFFICES OF ATCHISON, BARISONE CONDOTTI AND KOVACEVICH

Dated: February 10, 2010  By: /s/
GEORGE KOVACEVICH
Attorney for Defendants, CITY OF SANTA CRUZ, OFFICER JOHN ALEXIOU, DANETTEE SHOEMAKER, and CAROL SCURICH

## **ORDER BY STIPULATION**

The foregoing stipulation showing good cause to dismiss the above-captioned case, IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated: 02/12/2010

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE